# EXHIBIT E



### REAL Opportunity- End of 90 day loan Statement
### AND Instructions for next 90 days

*Please read this form carefully and in its entirety*

Date: __8/17/23_____

Loan Balance: $_____29,282_____ as of _____8/17/23_____

Loan Balance at next maturity date: $____32,210.2_____ on _____9/17/23_____

Loan Balance at next 90 day maturity period: $____35,431.22_____ on _____12/17/23_____

### INSTRUCTIONS FOR NEXT 90 DAYS

**Which do you choose?**   (PICK ONE)

1. ____x_____ Roll Over ENTIRE AMOUNT  (for compound interest)
2. _____ Withdraw ENTIRE amount (principal and interest)
3. _____ Make PARTIAL withdrawal (**PLEASE list amount in designated area(below)**
4. _____ I would like to ADD $_____0.00_____ to my loan

**Lender Details**

Lender/ Entity Name: ___Rachel Lynn Williamson_____

Email Address: ___racheldoyle00@gmail.com_____

**\*\*If your loan came from qualified funds PLEASE contact your financial consultant for directions in completing this section.**

**Banking Information**-  If you chose option 2 or 3 please complete the information below. If you chose options 1 or 4 please put "N/A" on each line.

Name of Bank: ___NA_____

Name on Account: ___NA_____

Complete Address on your Bank Account: __NA_____ __NA_____ __NA_____ __NA_____
                                          Street       City        State       Zip

Account No. ___NA_____ WIRE Routing No. ___NA_____

\*\* Partial Withdrawal amount: ___0.00_____

*If you have any questions/concerns completing this form - please reach out to your financial consultant.

*Failure to complete this form correctly and/or in its entirety could result in a delay in processing.

*\*\* Please note that if this document is NOT returned to us 7 business days prior to your loanmaturity date, your loan will automatically roll over for another 90 days.*

Signature: ___Rachel Lynn Williamson_____ Date ___8/18/2023_____

2