AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

| | |
|---|---|
| Williamson et al ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 24-cv-01526-TWP-MJD |
| Linarducci et al ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Rachel Williamson et al                                                                                          .

Date:   09/06/2024                                              /s/ Shawn M. Good
                                                                                *Attorney's signature*

                                                                   Shawn M. Good (IL Bar No. 632932)
                                                                      *Printed name and bar number*

                                                                              The Good Law Group
                                                                        800 E. Northwest Hwy, Ste 814
                                                                                Palatine, IL 60074
                                                                                      *Address*

                                                                      Shawn@thegoodlawgroup.com
                                                                                 *E-mail address*

                                                                                 (847) 577-4476
                                                                              *Telephone number*

                                                                                 (800) 709-1179
                                                                                   *FAX number*