IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| RACHEL LYNN WILLIAMSON and CONSTANCE NOVOA, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> GERARDO LORENZO LINARDUCCI, an Indiana individual, and INTEGRITY WEALTH PARTNERS, LLC, an Indiana limited liability Corporation, and DUCCI ENTERPRISES, LLC, an Indiana limited liability corporation, <br><br> Defendants. | ) ) ) ) ) ) ) CASE NO. 1:24-CV-01526-TWP-MJD ) ) ) ) ) ) ) ) ) ) |

**APPEARANCE OF COUNSEL**

To:   The Clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:  <u>RACHEL LYNN WILLIAMSON and CONSTANCE NOVOA, individually and on behalf of all others similarly situated</u>.

Date:  September 9, 2024         */s/* Mark E. Maddox
                                 Mark E. Maddox (11252-49)
                                 Maddox Hargett & Caruso, P.C.
                                 10150 Lantern Road
                                 Suite 175
                                 Fishers, IN 46037
                                 Phone: (317) 598-2040
                                 mmaddox@mhclaw.com