# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

| | |
|---|---|
| **RACHEL LYNN WILLIAMSON and CONSTANCE NOVOA, individually and on behalf of all others similarly situated** <br><br> *Plaintiff* <br><br> v. <br><br> **GERARDO LORENZO LINARDUCCI, an Indiana individual, and INTEGRITY WEALTH PARTNERS, LLC, an Indiana limited liability corporation, and DUCCI ENTERPRISES, LLC, an Indiana limited liability corporation** <br><br> *Defendant* | ) ) ) ) ) ) ) ) ) ) ) ) )  Civil Action No. 1:24-cv-01526-TWP-MJD |

## AFFIDAVIT OF SERVICE

I, Christopher Lawler, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to Gerardo Lorenzo Linarducci in Marion County, IN on September 14, 2024 at 11:07 am at 12162 Pearl Bay Ridge, Indianapolis, IN 46236 by personal service by handing the following documents to an individual identified as Gerardo Lorenzo Linarducci.

SUMMONS, CLASS ACTION COMPLAINT AND DEMAND FOR JURY TRIAL WITH EXHIBITS

Additional Description:
Arrived and saw someone in the open garage. White male had headphones on and greeted me. He identified himself as Gerardo Linarducci. Accepted documents politely.

White Male, est. age 45-54, glasses: Y, Brown hair, 240 lbs to 260 lbs, 5' 9" to 6'.
Geolocation of Serve: https://google.com/maps?q=39.9190460087,-85.9499415138
Photograph: See Exhibit 1

Total Cost: $180.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in

    Hamilton County    ,

    IN     on   9/16/2024  .

*/s/ Christopher Lawler*

Signature
Christopher Lawler
+1 (317) 385-3182







