UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| RACHEL LYNN WILLIAMSON and CONSTANCE NOVOA, individually and on behalf of all others similarly situated, Plaintiffs, v. GERARDO LORENZO LINARDUCCI, an Indiana individual, and INTEGRITY WEALTH PARTNERS, LLC, an Indiana limited liability corporation, and DUCCI ENTERPRISE, LLC, an Indiana limited liability corporation, Defendants. | Case No.: 24-cv-01526  **MOTION TO APPEAR PRO HAC VICE, JEFFREY SONN, FOR PLAINTIFFS** |

Pursuant to S. D. Ind. Local Rule 83-6(a), Jeffrey Sonn respectfully requests entry of an Order granting leave to appear *pro hac vice* for the purpose of appearing as counsel on behalf of Plaintiffs, RACHEL LYNN WILLIAMSON and CONSTANCE NOVOA, individually and on behalf of all others similarly situated in the above-styled cause only.  In support of this motion, the undersigned states:

    1.  I am admitted to practice and in good standing in the State of Florida and in the following United States court(s): United States District Court for the Southern District of Florida, 1989; United States District Court for the Middle District of Florida, 1991. and the Florida Supreme Court since 1988.

    2.  I have **never** been disbarred or suspended from practice before any court, department, bureau or commission of any state or the United States. I have **never** received a reprimand or been subject to other disciplinary action from any such court, department, bureau or commission pertaining to conduct or fitness as a member of the bar.

    3.  I certify that I have reviewed the *Seventh Circuit Standards of Professional Conduct* and

1

the Local Rules of the court, including the Rules of Disciplinary Enforcement, and that I will abide by these rules and standards.

    4.  The administrative fees required to process this motion for admission *pro hac vice* will be paid to the Clerk of this Court via pay.gov at the time of filing this motion.

    WHEREFORE, the undersigned counsel respectfully requests that this Court enter an Order granting leave to appear *pro hac vice* for purposes of this cause only.

    Dated:                            Respectfully submitted,

 Ss//Jeffrey Sonn
Jeffrey Sonn, Esq. (*Pro Hac Vice Pending*)
Sonn Law Group PA
19495 Biscayne Blvd, Suite 607
Aventura, Fl 33180
Tel 305-912-3000
Fax 786-485-1501
FL Bar No. 773514
Jsonn@Sonnlaw.com

Name of filing attorney:
Ss://Mark E. Maddox
Mark Maddox, Esq.
Maddox Hargett & Caruso PC
10150 Lantern Rd, Ste 175
Fishers, IN 46037
Tel: (317) 598-2043
Fax: (317) 598-2050
IN Attorney No. 11252-49
mailto:mmaddox@mhclaw.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| RACHEL LYNN WILLIAMSON and CONSTANCE NOVOA, individually and on behalf of all others similarly situated, Plaintiffs, <br><br> v. <br><br> GERARDO LORENZO LINARDUCCI, an Indiana individual, and INTEGRITY WEALTH PARTNERS, LLC, an Indiana limited liability corporation, and DUCCI ENTERPRISE, LLC, an Indiana limited liability corporation, Defendants. | Case No.: 24-cv-01526 |

**ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE*,**
***JEFFREY SONN, ESQ, FOR PLAINTIFFS***

This cause has come before the Court upon the motion of Jeffrey Sonn, Esq. counsel for Plaintiffs, for leave to appear and participate *pro hac vice* in the above-captioned cause only.

Being fully advised, it is now ORDERED that the motion be, and hereby is, GRANTED.

Applicant's contact information should be entered as follows:

Jeffrey Sonn, Esq. (*Pro Hac Vice Pending*)
Sonn Law Group PA
19495 Biscayne Blvd, Suite 607
Aventura, Fl 33180
Tel 305-912-3000
Fax 786-485-1501
FL Bar No. 773514
Jsonn@Sonnlaw.com

Distribution list:

To all registered counsel by CM/ECF

3