**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**

| | |
|---|---|
| RACHEL LYNN WILLIAMSON and CONSTANCE NOVOA, individually and on behalf of all others similarly situated, Plaintiffs,<br><br>v.<br><br>GERARDO LORENZO LINARDUCCI, an Indiana individual, and INTEGRITY WEALTH PARTNERS, LLC, an Indiana limited liability corporation, and DUCCI ENTERPRISE, LLC, an Indiana limited liability corporation, Defendants. | Case No.: 24-cv-01526<br><br>**MOTION TO APPEAR PRO HAC VICE, BRIAN PASTOR, Esq.** |

**Motion to Appear Pro Hac Vice – Brian Pastor, Esq.**

Pursuant to S. D. Ind. Local Rule 83-6(a), Brian Pastor respectfully requests entry of an Order granting leave to appear *pro hac vice* for the purpose of appearing as counsel on behalf of Plaintiffs, RACHEL LYNN WILLIAMSON and CONSTANCE NOVOA, individually and on behalf of all others similarly situated in the above-styled cause only. In support of this motion, the undersigned states:

1. I am admitted to practice and in good standing in the States of Florida (Bar No. 0998826) and State of Georgia (Bar No. 565860) and the following United States court(s): United States District Court for the Northern District of Georgia since March 30, 1992; and before the Georgia Supreme Court since 1991; and the Florida Supreme Court since 1994.

2. I have **never** been disbarred or suspended from practice before any court, department, bureau or commission of any state or the United States. I have **never** received a reprimand or been subject to other disciplinary action from any such court, department, bureau or commission pertaining to conduct or fitness as a member of the bar.

3. I certify that I have reviewed the *Seventh Circuit Standards of Professional Conduct* and

1

the Local Rules of the court, including the Rules of Disciplinary Enforcement, and that I will abide by these rules and standards.

  4.  The administrative fees required to process this motion for admission *pro hac vice* will be paid to the Clerk of this Court via pay.gov at the time of filing this motion.

  WHEREFORE, the undersigned counsel respectfully requests that this Court enter an Order granting leave to appear *pro hac vice* for purposes of this cause only.

Dated:  September 25, 2024


Respectfully submitted,

/s/ *Brian B. Pastor*
Brian B. Pastor, Esq. (*Pro Hac Vice Pending*)
Sonn Law Group PA
3455 Peachtree Rd. NE., Ste. 500
Atlanta, GA 30326
Tel 305-912-3000  Fax 404-6-7-7121
FL Bar No. 0998826   GA Bar No. 565860
BPastor@SonnLaw.com


Name of filing attorney:
Ss://Mark E. Maddox
Mark Maddox, Esq.
Maddox Hargett & Caruso PC
10150 Lantern Rd, Ste 175
Fishers, IN 46037
Tel: (317) 598-2043
Fax: (317) 598-2050
IN Attorney No. 11252-49
mailto:mmaddox@mhclaw.com

2

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**

| | |
|---|---|
| RACHEL LYNN WILLIAMSON and CONSTANCE NOVOA, individually and on behalf of all others similarly situated, Plaintiffs, <br><br> v. <br><br> GERARDO LORENZO LINARDUCCI, an Indiana individual, and INTEGRITY WEALTH PARTNERS, LLC, an Indiana limited liability corporation, and DUCCI ENTERPRISE, LLC, an Indiana limited liability corporation, Defendants. | Case No.: 24-cv-01526 |

**ORDER GRANTING MOTION TO APPEAR PRO HAC VICE,**
**BRIAN B. PASTOR, ESQ, FOR PLAINTIFFS**

This cause has come before the Court upon the motion of Brian B. Pastor, Esq. counsel for Plaintiffs, for leave to appear and participate *pro hac vice* in the above-captioned cause only. Being fully advised, it is now ORDERED that the motion be, and hereby is, GRANTED. Applicant's contact information should be entered as follows:

Brian B. Pastor, Esq. (*Pro Hac Vice Pending*)
Sonn Law Group PA
3455 Peachtree Rd. NE., Ste. 500
Atlanta, GA 30326
Tel 305-912-3000  Fax 404-607-7121
FL Bar No. 0998826  GA Bar No. 565860

This __ Day of _____, 2024

_____
JUDGE
IN AND FOR THE U.S. DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA

*Distribution list: To all registered counsel by CM/ECF*

3