UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| RACHEL LYNN WILLIAMSON, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 1:24-cv-01526-TWP-MJD |
| | ) | |
| GERARDO LORENZO LINARDUCCI, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE***

This cause comes before the Court upon the motion for Jeffrey Sonn to appear and participate *pro hac vice* as counsel for Plaintiffs Rachel Lynn Williamson and Constance Novoa in the above-captioned cause only. [Dkt. 8.] The Court, being duly advised, hereby **GRANTS** the Motion.

Applicant's contact information has been entered as follows:

Jeffrey R. Sonn
Sonn Law Group PA
19495 Biscayne Blvd.
Suite 607
Aventura, FL 33180
305-912-3000
Email: jsonn@sonnlaw.com

SO ORDERED.

Dated: 27 SEP 2024

Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record
via email generated by the Court's ECF system.