UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| RACHEL LYNN WILLIAMSON and CONSTANCE NOCOA, individually and on behalf of all others similarly situated<br><br>Plaintiffs,<br><br>vs.<br><br>GERARDO LORENZO LINARDUCCI, an Indiana individual, and INTEGRITY WEALTH PARTNERS, LLC, an Indiana limited liability Corporation, and DUCCI ENTERPRISES, LLC, an Indiana limited liability corporation,<br><br>Defendants. | CASE NO.: 1:24-CV-01526-TWP-MJD |

**APPEARANCE OF COUNSEL**

To:    The Clerk of court and all parties of record

I certify that I am admitted to practice before this Court, and I appear in this case as counsel for:

**GERARDO LORENZO LINARDUCCI, INTEGRITY WEALTH PARTNERS, LLC, and DUCCI ENTERPRISES, LLC.**

Date: October 7, 2024                                        Respectfully Submitted,

/s/ *Kevin D. Koons*
Kevin D. Koons, Atty. No. 27915-49
KROGER, GARDIS & REGAS, LLP
111 Monument Circle, Suite 900
Indianapolis, IN 46204
Phone: (317) 692-9000
kkoons@kgrlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 7, 2024, I filed the foregoing *Appearance of Counsel* electronically with the Clerk of the Court. Notice of this filing will be sent to the following by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

| | |
|---|---|
| Mark E. Maddox<br>Maddox Hargett & Caruso, P.C.<br>10150 Lantern Road<br>Suite 175<br>Fishers, IN 46037<br>mmaddox@mhclaw.com | Shawn M. Good<br>Ross M. Good<br>The Good Law Group<br>800 E. Northwest Hwy<br>Suite 814<br>Palatine, IL 60074<br>Shawn@thegoodlawgroup.com<br>ross@thegoodlawgroup.com |
| Brian Pastor<br>Sonn Law Group PA<br>3455 Peachtree Rd Rd NE<br>Ste 500<br>Atlanta, GA 30326<br>bpastor@sonnlaw.com | Jeffrey R. Sonn<br>Sonn Law Group PA<br>19495 Biscayne Blvd.<br>Suite 607<br>Aventura, FL 33180<br>jsonn@sonnlaw.com |

/s/ *Kevin D. Koons*
Kevin D. Koons

KROGER, GARDIS & REGAS, LLP
111 Monument Circle, Suite 900
Indianapolis, IN 46204
Phone: (317) 692-9000