# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| RACHEL LYNN WILLIAMSON and CONSTANCE NOCOA, individually and on behalf of all others similarly situated<br><br>　　Plaintiffs,<br><br>　　vs.<br><br>GERARDO LORENZO LINARDUCCI, an Indiana individual, and INTEGRITY WEALTH PARTNERS, LLC, an Indiana limited liability Corporation, and DUCCI ENTERPRISES, LLC, an Indiana limited liability corporation,<br><br>　　Defendants. | CASE NO.: 1:24-CV-01526-TWP-MJD |

## ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME

Defendants Gerardo Lorenzo Linarducci, Integrity Wealth Partners, LLC, and Ducci Enterprises, LLC, collectively, (the "Defendants"), by counsel, filed an Unopposed Motion for Extension of time in the above-entitled case. This Court having been duly advised in the premises now finds good cause for the Motion. The Motion is hereby GRANTED.

IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED that Defendants Gerardo Lorenzo Linarducci, Integrity Wealth Partners, LLC, and Ducci Enterprises, LLC shall have up to and including November 22, 2024, to answer or otherwise respond to Plaintiffs' Complaint.