UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| RACHEL LYNN WILLIAMSON, et al., | ) |
| Plaintiffs, | ) ) ) |
| v. | ) No. 1:24-cv-01526-TWP-MJD ) |
| GERARDO LORENZO LINARDUCCI, et al., | ) ) |
| Defendants. | ) |

**ORDER ON MOTION FOR ENLARGEMENT OF TIME**

On October 7, 2024, Defendants filed an Unopposed Motion for Extension of Time [Dkt. 14], seeking a 45-day extension of time to file a response to Plaintiffs' Complaint.

Pursuant to Local Rule 6-1(a), **all** unopposed initial enlargements of time to respond to a pleading or discovery request **are limited to 28 days** and **must** be obtained by filing a notice of enlargement of time, not a motion (or a stipulation).  S.D. Ind. L.R. 6-1(a) (emphasis added.). Therefore, the Unopposed Motion for Extension of Time [Dkt. 14] is hereby **DENIED** for Defendants' failure to comply with the Local Rule.  Defendants are instructed to promptly file a proper 28-day Notice of Enlargement in compliance with the Local Rules of the Court; Defendants are permitted to file the notice even if Defendants' deadline to respond to Plaintiff's Complaint has expired, so long as the notice is filed on or before **October 11, 2024**.

SO ORDERED.

Dated:  8 OCT 2024

_____
Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record
via email generated by the Court's ECF system.