UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| RACHEL LYNN WILLIAMSON and CONSTANCE NOCOA, individually and on behalf of all others similarly situated<br><br>Plaintiffs,<br><br>vs.<br><br>GERARDO LORENZO LINARDUCCI, an Indiana individual, and INTEGRITY WEALTH PARTNERS, LLC, an Indiana limited liability Corporation, and DUCCI ENTERPRISES, LLC, an Indiana limited liability corporation,<br><br>Defendants. | CASE NO.: 1:24-CV-01526-TWP-MJD |

**DEFENDANTS' NOTICE OF AUTOMATIC EXTENSION OF TIME**

Pursuant to Local Rule 6-1(a) and the Court's Order on October 8, 2024 (Dkt. No. 15), Defendants Gerardo Lorenzo Linarducci, Integrity Wealth Partners, LLC and Ducci Enterprises, LLC, collectively, (the "Defendants"), by counsel, hereby notify the Court of their 28-day automatic initial extension of time to answer or otherwise respond to the Complaint of Plaintiffs Rachel Lynn Williamson and Constance Nocoa, individually and on behalf of all other similarly situated (collectively, the "Plaintiffs"). In support of this motion, Defendants state the following:

1

1.      On September 6, 2024, Plaintiffs filed their Class Action Complaint and Demand for Jury Trial ("Complaint"). (Dkt. No. 1.) The Summons and Complaint were served on September 14, 2024. (Dkt. No. 7.)

2.      Defendants' response to the Complaint is currently due on or before October 7, 2024.

3.      The current deadline for Defendants to answer or otherwise respond to the Complaint has not been previously extended.

4.      Defendants' automatic initial extension of time is for 28 days, up to and including November 4, 2024.

5.      The automatic initial extension of time does not interfere with the Case Management Plan, scheduled hearings or trial, or other deadlines set by court order as no deadlines have been set in this case.

6.      Defendants' counsel contacted Plaintiffs' counsel via email on October 3, 2024, regarding this request, and Plaintiffs' counsel replied by email the following day indicating they had no objection to an extension.

WHEREFORE, the deadline of Defendants, Gerardo Lorenzo Linarducci, Integrity Wealth Partners, LLC and Ducci Enterprises, LLC, to answer or otherwise respond to the Complaint shall automatically be extended 28 days from October 7, 2024, up to and including November 4, 2024.

Respectfully submitted,

/s/ *Kevin D. Koons*
Kevin D. Koons, Atty. No. 27915-49
Justin R. Olson, Atty. No. 31450-49
KROGER, GARDIS & REGAS, LLP
111 Monument Circle, Suite 900

Indianapolis, IN 46204
Phone: (317) 692-9000
kkoons@kgrlaw.com
jolson@kgrlaw.com

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on October 8, 2024, I filed the foregoing *Defendants' Notice of Automatic Extension of Time* electronically with the Clerk of the Court. Notice of this filing will be sent to the following by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Mark E. Maddox
Maddox Hargett & Caruso, P.C.
10150 Lantern Road
Suite 175
Fishers, IN 46037
mmaddox@mhclaw.com

Shawn M. Good
Ross M. Good
The Good Law Group
800 E. Northwest Hwy
Suite 814
Palatine, IL 60074
Shawn@thegoodlawgroup.com
ross@thegoodlawgroup.com

Brian Pastor
Sonn Law Group PA
3455 Peachtree Rd Rd NE
Ste 500
Atlanta, GA 30326
bpastor@sonnlaw.com

Jeffrey R. Sonn
Sonn Law Group PA
19495 Biscayne Blvd.
Suite 607
Aventura, FL 33180
jsonn@sonnlaw.com

/s/ *Kevin D. Koons*
Kevin D. Koons

KROGER, GARDIS & REGAS, LLP
111 Monument Circle, Suite 900
Indianapolis, IN 46204
Phone: (317) 692-9000