UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| RACHEL LYNN WILLIAMSON and CONSTANCE NOCOA, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> GERARDO LORENZO LINARDUCCI, an Indiana individual, and INTEGRITY WEALTH PARTNERS, LLC, an Indiana limited liability Corporation, and DUCCI ENTERPRISES, LLC, an Indiana limited liability corporation, <br><br> Defendants. | CASE NO.: 1:24-CV-01526-TWP-MJD |

**ORDER GRANTING DEFENDANTS'
SECOND MOTION FOR EXTENSION OF TIME**

Defendants Gerardo Lorenzo Linarducci, Integrity Wealth Partners, LLC, and Ducci Enterprises, LLC, collectively, (the "Defendants"), by counsel, filed its Second Motion for Extension of time in the above-entitled case. This Court having been duly advised in the premises now finds good cause for the Motion. The Motion is hereby GRANTED.

IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED that Defendants Gerardo Lorenzo Linarducci, Integrity Wealth Partners, LLC, and

Ducci Enterprises, LLC shall have up to and including November 15, 2024, to answer or otherwise respond to Plaintiffs' Complaint.

SO ORDERED.