UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| RACHEL LYNN WILLIAMSON, et al., | ) |
| Plaintiffs, | ) ) ) |
| v. | ) No. 1:24-cv-01526-TWP-MJD |
| GERARDO LORENZO LINARDUCCI, et al., | ) ) ) |
| Defendants. | ) |

**ORDER**

This matter is before the Court on Defendants Unopposed Motion for Second Extension of Time. [Dkt. 19.] The Court, being duly advised, hereby **GRANTS** the motion. Defendants, Gerardo Lorenzo Linarducci, Integrity Wealth Partners, LLC, and Ducci Enterprises, LLC, shall have up to and including **November 15, 2024**, to answer or otherwise respond to Plaintiffs' Complaint. **No further enlargement of this deadline will be granted**.

SO ORDERED.

Dated: 8 NOV 2024

_____
Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record
via email generated by the Court's ECF system.