# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| RACHEL LYNN WILLIAMSON and CONSTANCE NOCOA, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>GERARDO LORENZO LINARDUCCI, an Indiana individual, and INTEGRITY WEALTH PARTNERS, LLC, an Indiana limited liability Corporation, and DUCCI ENTERPRISES, LLC, an Indiana limited liability corporation,<br><br>Defendants. | CASE NO.: 1:24-CV-01526-TWP-MJD |

## ORDER STAYING DISCOVERY AND OTHER PROCEEDINGS PENDING MOTION TO DISMISS

Defendants Gerardo Lorenzo Linarducci, Integrity Wealth Partners, LLC, and Ducci Enterprises, LLC, collectively, (the "Defendants"), by counsel, filed their *Motion to for Stay of Discovery and Other Proceedings Pending Motion to Dismiss*. This Court having been duly advised in the premises now finds that Defendants have filed a motion to dismiss Plaintiffs' claim under Section 12(a)(2) of the Securities Act of 1933, and that pursuant to Section 27 to the Securities Act [15 U.S.C. § 77z–1] "all discovery and other proceedings" in this case "shall" be stayed pending the disposition of Defendants' motion to dismiss. The Motion is hereby GRANTED.

IT IS THEREFORE ORDERED that all discovery and other proceedings, including Rule 26(a) disclosures, the ESI Supplement, and all other deadlines in the parties' proposed Case Management Plan, are hereby STAYED until a ruling on Defendants' pending motion to dismiss, or further order of this Court.

SO ORDERED.