UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| RACHEL LYNN WILLIAMSON, et al., | ) |
| Plaintiffs, | ) ) ) |
| v. | ) No. 1:24-cv-01526-TWP-MJD |
| GERARDO LORENZO LINARDUCCI an Indiana individual, et al., | ) ) ) ) |
| Defendants. | ) |

**ORDER GRANTING MOTION TO STAY AND
VACATING INITIAL PRETRIAL CONFERENCE**

This matter is before the Court on Defendants' Motion for Stay of Discovery and Other Proceedings Pending Motion to Dismiss. [Dkt. 26.] The Court finds that the requested stay is appropriate pursuant to 15 U.S.C. § 77z-1(b). Accordingly, the motion to stay is **GRANTED** and discovery and other proceedings in this matter is **STAYED** pending resolution of the motion to dismiss, [Dkt. 24]; briefing of the motion to dismiss is not stayed.

In light of this ruling, the telephonic initial pretrial conference scheduled for this date is hereby **VACATED**.

SO ORDERED.

Dated: 19 NOV 2024

_____
Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically on all ECF-registered counsel of record via email generated by the Court's ECF system.