CM/ECF - U.S. Bankruptcy Court:insb

United States Bankruptcy Court
Southern District of Indiana

## Notice of Bankruptcy Case Filing



A bankruptcy case concerning the debtor(s) listed below was filed under Chapter 13 of the United States Bankruptcy Code, entered on 06/27/2025 at 11:42 AM and filed on 06/27/2025.

**Gerardo Lorenzo Linarducci**
12162 Pearl Bay Ridge
Indianapolis, IN 46236
SSN / ITIN: xxx-xx-7764

The case was filed by the debtor's attorney:          The bankruptcy trustee is:

**Harley K Means**                                    **Ann M. DeLaney**
Kroger Gardis & Regas, LLP                            Office of Ann M. Delaney
111 Monument Circle                                   PO Box 441285
Suite 900                                             Indianapolis, IN 46244
Indianapolis, IN 46204-5125                           317-829-7360
317-777-7439

The case was assigned case number 25-03768-JMC-13 to Judge James M. Carr.

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are available at our *Internet* home page www.insb.uscourts.gov or at the Clerk's Office, Southern District of Indiana, 46 E Ohio St Rm 116, Indianapolis, IN 46204.

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting forth important deadlines.

Eric R. Kleis
Clerk, U.S. Bankruptcy Court

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 06/27/2025 11:52:26 | | |
| **PACER Login:** hkm96bac | **Client Code:** | 24296.01 |
| **Description:** Notice of Filing | **Search Criteria:** | 25-03768-JMC-13 |
| **Billable Pages:** 1 | **Cost:** | 0.10 |