UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| RACHEL LYNN WILLIAMSON, CONSTANCE NOVOA, <br><br> Plaintiffs, <br><br> v. <br><br> GERARDO LORENZO LINARDUCCI an Indiana individual, <br> INTEGRITY WEALTH PARTNERS, LLC an Indiana limited liability corporation, <br> DUCCI ENTERPRISES, LLC an Indiana limited liability corporation, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) )    No. 1:24-cv-01526-TWP-MJD |

# **ORDER**

This matter is before the Court on Defendant Gerardo Lorenzo Linarducci's Notice of Bankruptcy Filing (Dkt. 30). Because a voluntary petition for relief has been filed under Chapter 13 of the United States Bankruptcy Code in the United States Bankruptcy Court for the Southern District of Indiana, under case number 25-03768-JMC-13, the proceedings are stayed as to Defendant Gerardo Lorenzo Linarducci **only**. Plaintiffs may move to lift the automatic stay if they believe an exception to the stay exists. Further, any party may move to lift the stay within thirty (30) days following the conclusion of the bankruptcy proceedings or the date on which the automatic stay is lifted.

**IT IS SO ORDERED.**

Date: 6/30/2025

Hon. Tanya Walton Pratt, Chief Judge
United States District Court
Southern District of Indiana

Distribution:

Shawn M. Good
THE GOOD LAW GROUP
info@thegoodlawgroup.com

Ross M Good
The Good Law Group
ross@thegoodlawgroup.com

Kevin Dale Koons
KROGER GARDIS & REGAS LLP
kdk@kgrlaw.com

Mark E. Maddox
MADDOX HARGETT & CARUSO, P.C.
mmaddox@mhclaw.com

Justin Olson
Kroger Gardis & Regas, LLP
jolson@kgrlaw.com

Brian Pastor
Sonn Law Group PA
bpastor@sonnlaw.com

Jeffrey R. Sonn
Sonn Law Group PA
jsonn@sonnlaw.com