# EXHIBIT A

# THE REAL ESTATE ACCELERATION LOAN

**100% PASSIVE INCOME FROM REAL ESTATE INVESTMENTS**

- 3 MONTH TERM
- 10 % RETURN
- MILLIONS OF COLLATERAL PROTECTION
- $20,000 MINIMUM




## WHAT IS THE R.E.A.L. OPPORTUNITY?

So, the Real Estate Acceleration Loan (R.E.A.L.) Plan is a type of loan that real estate developers can get to help them finish up projects they're already working on, or to fund new projects they want to start. Basically, it's a short-term loan that acts like a line of credit, but it's only available to developers who have a proven track record. We get paid back with high interest rates, and we make sure the loan is secured by cash and real estate collateral.



## HOW IT WORKS

We have a program that helps real estate developers get more projects, even while they're still finishing up others. The thing is, traditional lenders like banks usually won't offer this kind of loan because of all the regulations and red tape involved. But we're different - we only work with developers who have a track record of success, and they agree to share their profits with us and our lenders (which is you!). Our program is called the REAL Plan, and it basically allows developers to speed up their business growth, while also helping our lenders (you!) grow their wealth. It's a win-win situation for everyone involved!

**THE REAL ESTATE ACCELERATION LOAN IS FULLY COLLATERALIZED (PROTECTED) BY CASH AND REAL ESTATE**



# HOW YOU CAN PARTICIPATE IN THIS PROGRAM

Drive planning wants to make sure that this wealth opportunity is suitable for you.

## HERE ARE A FEW IMPORTANT THINGS TO REMEMBER.

- If you have $20,000 you can participate.
- You can use money from your retirement account.
- You do NOT have to be an Accredited Investor.
- You can use money from savings.
- You can use money from a line of credit.

We are passionate about helping regular people grow their wealth the way the uber-wealthy do.

> **If you have good credit and good income we may be able to help you receive up to $200,000 for the REAL plan.**



## FAQ

### How does Drive make sure your loan is protected from any potential losses?

A: We've got you covered with millions of dollars in cash and real estate that we own outright. Your loan is due every 90 days, and you can cash out if you want to. This way, even if something goes wrong in the real estate market, the risk is really low.

### You might be wondering, is the REAL Plan too good to be true?

Actually, this kind of program is pretty common among people who invest in real estate. For instance, if you've watched HGTV, you've probably seen how quickly professional real estate investors can make a profit that's even better than what the REAL Plan offers.
Your money is protected by collateral that includes $21 million in cash, plus $92 million worth of real estate as of March 2023. So you can be sure that we and our lenders are protected from any losses.

### So, how do I become a lender?

First, you need to fill out the REAL application. Then, we'll send you an email with wiring instructions. Once your wire is matched with your application, we'll send you your loan contract (which is called a promissory note). At the end of 90 days, you can redeem your note and cash out completely, withdraw some of your money, add more money to your loan, or just let your loan and its interest roll over and compound. It's up to you!

### So, what do you do when your 90-day loan term is up?
Well, you've got a few different options. You can cash out completely if you want to, which means you'll get all your money back. Or, you could withdraw some of your money from the loan and keep the rest of it in the plan. If you want to add some money to your existing loan. And if you don't need the money right away, you can just let your loan and its interest keep building up over time. It's all up to you and what works best for your situation!

 Gerry.linarducci@driveplanning.com      www.driveplanning.com

 @driveplanning      @driveplanningllc