# EXHIBIT C



## Real Estate Acceleration Loan Document

Loan Amount: $ 90,000                                   Date: Dece 14, 2022

Drive Planning, LLC (hereinafter called the 'COMPANY), having an address of 8000 Avalon Blvd. Alpharetta, GA 30009, hereby promises to pay to Rachel Lynn Williamson (hereinafter called the 'LENDER'), or any subsequent holder hereof, the principle sum of $ 90,000 in legal tender of the United States, with a return thereon as hereinafter set forth.  Principal and return shall be payable at LENDER's address he/she does designate.

The principal balance owing hereunder shall bear a guaranteed return from and after the date hereof at the simple interest rate of 10% (Ten Percent).  The principal balance owing hereunder, together with all accrued but unpaid return thereon shall be due and payable in full in a single balloon payment on or before March 14, 2023. The LENDER may wish for the entire or partial amount to remain for another 3 months compounding at the same or current rate for additional 3 month periods. A new note is not required for each new period.

In the event that all or any part of the investment evidenced hereby is collected by or through an attorney at law, Lender shall be entitled to recover all costs of collection, including attorney's fees.

This Note is to be secured by real property located in Drive- Embry Portfolio Properties. Upon payment in full of this note, Borrower shall have no further obligation to collateralize above mentioned property for security to Lender. In the event Borrower defaults, Lender may record the quitclaim deed and note and take possession of the property.

Waiver of a breach of any provisions, term or condition of this Note shall not operate or be construed as a waiver of any subsequent breach, and the acceptance of a past due payment shall not be construed as a waiver of the Company's rights to require strict compliance with all terms and conditions herein.
IN WITNESS WHEREOF, the parties have caused this Note to be executed by its duly authorized representatives, the day and year above set forth.

DocuSigned by:
*[signature]*
676F20EE85BC4B2...

Todd Burkhalter
CEO, Drive Planning