# EXHIBIT D

## Drive Renewal

From: Gerry Linarducci (ducci@gerrylinarducci.com)

To: roger_novoa@verizon.net; Connienovoa@verizon.net

Date: Friday, October 21, 2022 at 11:16 PM EDT

Connie, & Roger
Sometime this coming week, Connie you will be getting your renewal email for the next 90 day period, and what you would like to do regarding the options.

Please complete these options when you get it. If we do not get a response, your account will automatically renew for a new 90 day period.

thanks
Big Lorenzo


Gerry Linarducci
Founder Ducci University
Managing Partner Drive Planning Fishers, In
www.gerrylinarducci.com
www.driveplanning.com
812-871-7627

Docusign Envelope ID: C2E29987-A191-4321-A3D0-BA9CB0B1EF53



**REAL Opportunity- End of 90 day loan Statement
AND Instructions for next 90 days**

*Please read this form carefully and in its entirety*

Date: 7/3/24

---

Loan Balance: $ 80,808.07       as of    7/3/24

Loan Balance at next maturity date: $ 88,888.88    on    8/3/24

Loan Balance at next 90 day maturity period: $ 97,777.76    on    11/3/24

---

### INSTRUCTIONS FOR NEXT 90 DAYS

Which do you choose?   (PICK ONE)

1. _____ Roll Over ENTIRE AMOUNT  (for compound interest)
2. ___X___ Withdraw ENTIRE amount (principal and interest)
3. _____ Make PARTIAL withdrawal (**PLEASE** list amount in designated area(below)

1

Docusign Envelope ID: C2E29987-A191-4321-A3D0-BA9CB0B1EF53

**Lender Details**

Lender/ Entity Name: _Constance A. Novoa_____

Email Address: _connienovoa@verizon.net_____

**If your loan came from qualified funds PLEASE contact your financial consultant for directions in completing this section.

**Banking Information-** If you chose option 2 or 3 please complete the information below. If you chose option 1, please put "N/A" on each line.

Name of Bank: _[redacted]_____

Name on Account: _Constance Novoa_____

Complete Address on your Bank Account: _[redacted]_____
                                          Street    City    State    Zip

Account N_[redacted]_ WIRE Routing No. _[redacted]_

** Partial Withdrawal amount: _88,888.88_____

*If you have any questions/concerns completing this form - please reach out to your financial consultant.

*Failure to complete this form correctly and/or in its entirety could result in a delay in processing.

** Please note that if this document is NOT returned to us 7 business days prior to your loan maturity date, your loan will automatically roll over for another 90 days.

Signature: _Constance A. Novoa_ (DocuSigned by: DBF0FE8E2D26417...)   Date: _7/9/2024_

2

| Start | Payments | Add | % | Results | Ends | Return |
|---|---|---|---|---|---|---|
| August-22 | 25,000.00 ① | | 10% | 2,500.00 | October-23 | 27,500.00 |
| November-22 | 27,500.00 | | 10% | 2,750.00 | January-23 | 30,250.00 |
| February-23 | 30,250.00 | ② 3,000.00 | 10% | 3,325.00 | April-23 | 36,575.00 |
| May-23 | 36,575.00 | ③ 5,000.00 | 10% | 4,157.50 | July-23 | 45,732.50 |
| August-23 | 45,732.50 | ④ 5,000.00 | 10% | 5,073.25 | October-23 | 55,805.75 |
| November-23 | 55,805.75 | | 10% | 5,580.58 | January-24 | 61,386.33 |
| February-24 | 61,386.33 | ⑤ 9,320.74 | 10% | 7,070.71 | April-24 | 77,777.77 |
| May-24 | 77,777.77 | ⑥ 3,030.30 | 10% | 8,080.81 | July-24 | 88,888.88 |
| **Connie** | | 50,351.04 | | | | |

detail of Money in Drive Planning
as of Aug-22 - to July 24