# EXHIBIT E



**REAL Opportunity- End of 90 day loan Statement
AND Instructions for next 90 days**

**\*Please read this form carefully and in its entirety\***

Date: __8/17/23__

---

Loan Balance: $ __29,282__ as of __8/17/23__

Loan Balance at next maturity date: $ __32,210.2__ on __9/17/23__

Loan Balance at next 90 day maturity period: $ __35,431.22__ on __12/17/23__

---

## INSTRUCTIONS FOR NEXT 90 DAYS

**Which do you choose?  (PICK ONE)**

1. ____×____ Roll Over ENTIRE AMOUNT  (for compound interest)
2. _____ Withdraw ENTIRE amount (principal and interest)
3. _____ Make PARTIAL withdrawal (**PLEASE list amount in designated area(below)**
4. _____ I would like to ADD $__0.00__ to my loan

1

**Lender Details**

Lender/ Entity Name:_____Rachel Lynn Williamson_____

Email Address:_____racheldoyle00@gmail.com_____

**\*\*If your loan came from qualified funds PLEASE contact your financial consultant for directions in completing this section.**

**Banking Information-  If you chose option 2 or 3 please complete the information below. If you chose options 1 or 4 please put "N/A" on each line.**

Name of Bank:_____NA_____

Name on Account:_____NA_____

Complete Address on your Bank Account:___NA_____NA_____NA____NA____
                                        Street      City       State     Zip

Account No.____NA_____   WIRE Routing No. _____NA_____

\*\* Partial Withdrawal amount: ____0.00_____

---

\*If you have any questions/concerns completing this form - please reach out to your financial consultant.

\*Failure to complete this form correctly and/or in its entirety could result in a delay in processing.

---

***\*\* Please note that if this document is NOT returned to us 7 business days prior to your loanmaturity date, your loan will automatically roll over for another 90 days.***

Signature:_____*Rachel Lynn Williamson*_____   Date____8/18/2023_____
DocuSigned by:
7A6CAF067AAD404...