# EXHIBIT G

**From:** Gerry Linarducci <gerry.linarducci@driveplanning.com>
**Sent:** Sunday, November 19, 2023 8:18 AM
**To:** Todd Burkhalter; David Bradford
**Subject:** documents
**Attachments:** 19-11-2023_THE DRIVE PLANNING.pdf

let me know you got this..... pretty big file.....

--
Gerry Linarducci
Founder Ducci University
Managing Partner Drive Planning Fishers, In
www.gerrylinarducci.com
www.driveplanning.com
812-871-7627 Cell

# THE DRIVE PLANNING

**P ortfolio | o f | R eal | E state | I nvestments**

**3/20/2023**

The REAL Opportunity not only has partners that we work with to offer bridge loans and profit sharing in their real estate deals, but also has the full support of the assets of Drive Planning's own Portfolio of Real Estate Investments.

In addition to this, Drive Planning - as the custodian and manager of the REAL Opportunity - keeps millions of dollars in cash for future opportunities and to insure over 50% of the promissory notes for any given year.

Below is an up to date list of the collateral that Drive Planning has secured to insure the REAL notes in addition to that made by our partner The Embry Group.

1061 Hardscrabble Rd
Mineral Bluff, Ga 30559
**$4,000,000**

330 E. 2nd St.
Blue Ridge, Ga 30513
**$900,000**

308 E. Alden St.
Valdosta, Ga
**$290,000**

The Gemsbok
632 Cherry Lake Dr.
Blue Ridge, GA 30513
Sold
**$432,000**
*135% Return in 18 months*

226 Golden Nugget Dr.
Blairesville, Ga
CURRENTLY LISTED TO SELL
**$140,000**
*51% increase in 11 months*

1147 Piney Rd. Mineral Bluff, Ga 30559 60 acres
*Development appraisal*
**$4,000,000**

1019 Hardscrabble Rd.
39.5 Acres plus structure
*Development appraisal*
**$5,500,000**

Gulf Port Development
*Drive Gulfport Properties, LLC*
**4,000,000**

*Drive Montana Properties, LLC*
*Asset Value*
**$1,950,000**

**Drive Planning, LLC**
*Assets*
**$15m**

*The Burkhalter Ranch, LLC*
*Drive Gulfport Properties, LLC*
**6,500,000**

*TBR Supply House, LLC*
*Staurolite Barn, LLC*
*Drive Real Estate, LLC*

Coles Crossing
**850,000**

St. Petersburg-Bliss
**2,800,000**

10075 Blue Ridge Drive
Blue Ridge, GA 30513
**2,000,000**

116th Ave
Fishers, IN
**5,000,000**

270 Madola Rd.
Blue Ridge, GA 30513
**475,000**

The Preserve at Conley Creek
**$15,150,000**

One Building
100 1ST AVE N, #3104, ST PETERSBURG, FL 33701
**2,700,000**

Tower Rd.
Mineral Bluff, Ga
**$9,000,000**

Piney Rd.
Mineral Bluff, Ga
28 acres.
**5,000,000**

Doc Roof Rd.
Blue Ridge, Ga
48 acres
**4,000,000**

801 South Atlanta St.
Atlanta, Ga 30075
**$3,000,000**

**SUBTOTAL**
**$98,255,000**

I#: 2023143040 BK: 22459 PG: 595, 06/02/2023 at 09:37 AM, RECORDING 2 PAGES $18.50 D DOC STAMP COLLECTION $14000.00 KEN BURKE, CLERK OF COURT AND COMPTROLLER PINELLAS COUNTY, FL BY DEPUTY CLERK: CLK102189

Prepared by and return to:
Yazara Noemi Redding
GreenLeaf Title LLC
25 52nd Street South
St. Petersburg, FL 33707
(727) 258-6005
File No 23-2474

Parcel Identification No 19-31-17-64138-000-3104

[Space Above This Line For Recording Data]

# WARRANTY DEED

(STATUTORY FORM – SECTION 689.02, F.S.)

**This indenture** made the 19th day of May, 2023 between **Mirabela F. Ticu, a married woman,** whose post office address is **1307 South Lois Avenue, Tampa, Fl 33629**, of the County of Hillsborough, State of Florida, Grantor, to **Drive Planning LLC, a Georgia Limited Liability Company**, whose post office address is **8000 Avalon Boulevard, Alpharetta, GA 30009**, of the County of Fulton, State of Georgia, Grantee:

**Witnesseth**, that said Grantor, for and in consideration of the sum of TEN DOLLARS (U.S.$10.00) and other good and valuable considerations to said Grantor in hand paid by said Grantee, the receipt whereof is hereby acknowledged, has granted, bargained, and sold to the said Grantee, and Grantee's heirs and assigns forever, the following described land, situate, lying and being in Pinellas, Florida, to-wit:

UNIT NO. 3104, ONE ST. PETERSBURG, A CONDOMINIUM, ALL AS SET FORTH IN THE DECLARATION OF CONDOMINIUM AND THE EXHIBITS ATTACHED THERETO AND FORMING A PART THEREOF, AS RECORDED IN OFFICIAL RECORDS BOOK 20266, PAGE 498, AND ALL AMENDMENTS THERETO, OF THE PUBLIC RECORDS OF PINELLAS COUNTY, FLORIDA. THE ABOVE DESCRIPTION INCLUDES, BUT IS NOT LIMITED TO, ALL APPURTENANCES TO THE CONDOMINIUM UNIT ABOVE DESCRIBED, INCLUDING THE UNDIVIDED INTEREST IN THE COMMON ELEMENTS OF SAID CONDOMINIUM.

**Grantor** warrants that at the time of this conveyance, the subject property is not the Grantor's homestead within the meaning set forth in the constitution of the State of Florida, nor is it contiguous to or a part of a homestead property. Grantor's residence and homestead address is: 1307 South Lois Avenue, Tampa, Fl 33629.

**Together** with all the tenements, hereditaments and appurtenances thereto belonging or in anywise appertaining.

**Subject** to taxes for 2023 and subsequent years, not yet due and payable; covenants, restrictions, easements, reservations and limitations of record, if any.

**TO HAVE AND TO HOLD** the same in fee simple forever.

**And** Grantor hereby covenants with the Grantee that the Grantor is lawfully seized of said land in fee simple, that Grantor has good right and lawful authority to sell and convey said land and that the Grantor hereby fully warrants the title to said land and will defend the same against the lawful claims of all persons whomsoever.

**In Witness Whereof,** Grantor has hereunto set Grantor's hand and seal the day and year first above written.

*Signed, sealed and delivered in our presence:*

WITNESS
PRINT NAME: Yazara N Redding

WITNESS
PRINT NAME: Lindsey Catania

Mirabela F. Ticu by Aaron Sprague, her Attorney-In-Fact

STATE OF FLORIDA
COUNTY OF PINELLAS

The foregoing instrument was acknowledged before me by means of (✓) physical presence or ( ) online notarization this 19th day of May, 2023, by Aaron Sprague, as Attorney-In-Fact for Mirabela F. Ticu.

Signature of Notary Public
Print, Type/Stamp Name of Notary

Personally Known:_________ OR Produced Identification: X
Type of Identification Produced: Drivers License



I#: 2023172951 BK: 22492 PG: 2657, 07/05/2023 at 01:36 PM, RECORDING 2 PAGES $18.50 D DOC STAMP COLLECTION $14000.00 KEN BURKE, CLERK OF COURT AND COMPTROLLER PINELLAS COUNTY, FL BY DEPUTY CLERK: clk103765

Prepared by:
Hillsborough Title, Inc.
Justin Winant
3410 Henderson Blvd., #100
Tampa, FL 33609
File No.: STI23-119817
This Deed is prepared pursuant to the issuance of Title Insurance

## GENERAL WARRANTY DEED

Made this June 23, 2023. A.D. by Drive Planning LLC, a Georgia limited liability company, whose address is: 8000 Avalon Boulevard, Alpharetta, GA 30009 hereinafter called the grantor, to David J. Bradford and Maria G. Giron, husband and wife, whose post office address is: 100 1st Ave N #3104, ST. Petersburg, FL 33701, hereinafter called the grantee:

(Whenever used herein the term "grantor" and "grantee" include all the parties to this instrument and the heirs, legal representatives and assigns of individuals, and the successors and assigns of corporations)

**Witnesseth,** that the grantor, for and in consideration of the sum of Ten Dollars ($10.00) and other valuable considerations, receipt whereof is hereby acknowledged, hereby grants, bargains, sells, aliens, remises, releases, conveys and confirms unto the grantee, all that certain land situate in Pinellas County, Florida, viz:

UNIT NO. 3104, ONE ST. PETERSBURG, A CONDOMINIUM, ALL AS SET FORTH IN THE DECLARATION OF CONDOMINIUM AND THE EXHIBITS ATTACHED THERETO AND FORMING A PART THEREOF, AS RECORDED IN OFFICIAL RECORDS BOOK 20266, PAGE 498, AND ALL AMENDMENTS THERETO, OF THE PUBLIC RECORDS OF PINELLAS COUNTY, FLORIDA. THE ABOVE DESCRIPTION INCLUDES, BUT IS NOT LIMITED TO, ALL APPURTENANCES TO THE CONDOMINIUM UNIT ABOVE DESCRIBED, INCLUDING THE UNDIVIDED INTEREST IN THE COMMON ELEMENTS OF SAID CONDOMINIUM.

Parcel ID No.: 19-31-17-64138-000-3104

Subject to all reservations, covenants, conditions, restrictions and easements of record and to all applicable zoning ordinances and/or restrictions imposed by governmental authorities, if any.

**Said property is not the homestead of the Grantor(s) under the laws and constitution of the State of Florida in that neither Grantor(s) or any members of the household of Grantor(s) reside thereon.**

**Together** with all the tenements, hereditaments and appurtenances thereto belonging or in anywise appertaining.

**To Have and to Hold,** the same in fee simple forever.

**And** the grantor hereby covenants with said grantee that the grantor is lawfully seized of said land in fee simple; that the grantor has good right and lawful authority to sell and convey said land; that the grantor hereby fully warrants the title to said land and will defend the same against the lawful claims of all persons whomsoever, and that said land is free of all encumbrances except taxes accruing subsequent to the current year.

Prepared by:
Hillsborough Title, Inc.
Justin Winant
3410 Henderson Blvd., #100
Tampa, FL 33609
incidental to the issuance of a title insurance policy
File No.: STI23-119817

**In Witness Whereof,** the said grantor has signed and sealed these presents the day and year first above written.

*Signed and Sealed in Our Presence:*

Witness Printed Name: David Kisner

Witness Printed Name: Claire M Davis

Drive Planning LLC, a Georgia limited liability company

BY: 
Russell T. Burkhalter
Authorized Signatory

Address:

8000 Avalon Boulevard
Alpharetta, GA 30009

State of Colorado
County of Douglas

The foregoing instrument was executed and acknowledged before me this 23rd of June, 2023, by means of ✓ Physical Presence or ____ Online Notarization, by Russell T. Burkhalter, Authorized Signatory of Drive Planning LLC, a Georgia limited liability company, who is/are personally known to me or who has produced a valid driver's license as identification.

Notary Public Claire M Davis

My Commission Expires: April 26, 2025

(SEAL)

CLAIRE M DAVIS
Notary Public
State of Colorado
Notary ID # 20134024194
My Commission Expires 04-26-2025



Pinellas County Property Appraiser - www.pcpao.gov

Generated on 11/12/2023 10:47 AM

**Parcel Summary (as of 11-Nov-2023)**

Parcel Number
**19-31-17-64138-000-3104**

Owner Name
BRADFORD, DAVID J
GIRON, MARIA G

Property Use
0430 Condominium

Site Address
100 1ST AVE N # 3104
ST PETERSBURG, FL 33701

Mailing Address
100 1ST AVE N UNIT 3104
ST PETERSBURG, FL 33701-3547

Legal Description
ONE ST PETERSBURG CONDO UNIT 3104

Current Tax District
ST PETERSBURG (SP)

Year Built
2018

| Living SF | Gross SF | Living Units | Buildings |
|---|---|---|---|
| 1,420 | 1,420 | 1 | 1 |

**Parcel Map**




**Exemptions**

| Year | Homestead | Use % | Status |
|---|---|---|---|
| 2025 | No | 0% | |
| 2024 | No | 0% | |
| 2023 | Yes | 100% | |

**Property Exemptions & Classifications**

No Property Exemptions or Classifications found. Please note that Ownership Exemptions (Homestead, Senior, Widow/Widower, Veterans, First Responder, etc... will not display here).

**Miscellaneous Parcel Info**

| Last Recorded Deed | Sales Comparison | Census Tract | Evacuation Zone | Flood Zone | Elevation Certificate | Plat Bk/Pg |
|---|---|---|---|---|---|---|
| 22492/2657 | $1,622,217 | 121030215012 | B | Current FEMA Maps | Check for EC | / |

**2023 Final Values**

| Year | Just/Market Value | Assessed Value/SOH Cap | County Taxable Value | School Taxable Value | Municipal Taxable Value |
|---|---|---|---|---|---|
| 2023 | $1,378,884 | $869,356 | $819,356 | $844,356 | $819,356 |

**Value History (yellow indicates corrected value)**

| Year | Homestead Exemption | Just/Market Value | Assessed Value/SOH Cap | County Taxable Value | School Taxable Value | Municipal Taxable Value |
|---|---|---|---|---|---|---|
| 2022 | Y | $1,310,870 | $844,035 | $794,035 | $819,035 | $794,035 |
| 2021 | N | $1,117,592 | $1,013,035 | $1,013,035 | $1,117,592 | $1,013,035 |
| 2020 | N | $920,941 | $920,941 | $920,941 | $920,941 | $920,941 |
| 2019 | N | $72,267 | $15,347 | $15,347 | $72,267 | $15,347 |

## 2023 Tax Information



Do not rely on current taxes as an estimate following a change in ownership. A significant change in taxable value may occur after a transfer due to a loss of exemptions, reset of the Save Our Homes or 10% Cap, and/or market conditions. Please use our **Tax Estimator** to estimate taxes under new ownership.

| Tax Bill | 2023 Millage Rate | Tax District |
|---|---|---|
| View 2023 Tax | | (SP) |

One Building
100 1ST AVE N, #3104, ST PETERSBURG, FL 33701
**2,700,000**

## Sales History

| Sale Date | Price | Qualified / Unqualified | Vacant / Improved | Grantor | Grantee | Book / Page |
|---|---|---|---|---|---|---|
| 23-Jun-2023 | $2,000,000 | Q | I | DRIVE PLANNING LLC | BRADFORD DAVID J | 22492/2657 |
| 19-May-2023 | $2,000,000 | Q | I | TICU MIRABELA F | DRIVE PLANNING LLC | 22459/0595 |
| 18-May-2021 | $1,315,000 | Q | I | SHOREIBAH AHMED G | TICU MIRABELA F | 21551/2570 |
| 22-Feb-2019 | $850,200 | Q | I | KT FIRST & FIRST LLC | SHOREIBAH AHMED G | 20444/1098 |
| 02-Jul-2014 | $17,250,000 | Q | I | TROPICANA BLOCK ST PETE LLC | KT FIRST & FIRST LLC | 18456/0934 |

## 2023 Land Information

Land Area: 0.0000 acres | 0 sf    Frontage and/or View: None    Seawall: No

| Property Use | Land Dimensions | Unit Value | Units | Method | Total Adjustments | Adjusted Value |
|---|---|---|---|---|---|---|

No Lands on Record.

## 2023 Building 1 Structural Elements and Sub Area Information

| Structural Elements | |
|---|---|
| Unit View | Bay |
| Unit Type | Interior |
| Balcony/porch | Open Porch |
| Unit Floor # | 30 |
| Unit Stories | 1 |
| Living Units | 1 |
| Year Built | 2018 |
| Building Type | High Rise >11 Fl |
| Quality | Excellent |
| Exterior Walls | Reinforced Concrete |
| Complex Amenities | Club House Or Rec Room<br>Swimming Pool |

| Sub Area | Living Area SF | Gross Area SF |
|---|---|---|
| Base (BAS) | 1,420 | 1,420 |
| **Total Area SF** | **1,420** | **1,420** |




## 2023 Extra Features

| Description | Value/Unit | Units | Total Value as New | Depreciated Value | Year |
|---|---|---|---|---|---|

No Extra Features on Record.

I#: 2022339873 BK: 22272 PG: 1893, 11/23/2022 at 12:47 PM, RECORDING 3 PAGES $27.00 D DOC STAMP COLLECTION $16100.00 KEN BURKE, CLERK OF COURT AND COMPTROLLER PINELLAS COUNTY, FL BY DEPUTY CLERK: CLKPR12

**Prepared by and Return To:**
Corinne Janis
Fidelity National Title of Florida, Inc.
2814 W. Bay Drive
Belleair Bluffs, FL 33770

**Order No.:** FTPA22-126448

APN/Parcel ID(s): 19/31/17/09260/000/1101

## WARRANTY DEED

THIS WARRANTY DEED dated November 21, 2022, by Luis David Ramos, a married man, joined by Ronilynn Brissey Ramos, his wife, hereinafter called the grantor, to Russell T. Burkhalter and Jacqueline A. Burkhalter, husband and wife, whose post office address is 1673 Hardscrabble Rd, Mineral Bluff, GA 30559, hereinafter called the grantee:

> (Wherever used herein the terms "grantor" and "grantee" include all the parties to this instrument and the heirs, legal representatives and assigns of individuals, and the successors and assigns of corporations)

WITNESSETH: That the grantor, for and in consideration of the sum of Ten And No/100 Dollars ($10.00) and other valuable consideration, receipt whereof is hereby acknowledged, hereby grants, bargains, sells, aliens, remises, releases, conveys, and confirms unto the grantee, all the certain land situated in the County of Pinellas, State of Florida, to wit:

> Unit 1101 of Bliss, a Condominium according to the Declaration of Condominium thereof, recorded in Official Records Book 19493, Page(s) 1667, of the Public Records of Pinellas County, Florida, and any amendments thereto, together with its undivided share in the common elements.

Subject to easements, restrictions, reservations and limitations of record, if any.

TOGETHER with all the tenements, hereditaments and appurtenances thereto belonging or in any wise appertaining.

TO HAVE AND TO HOLD the same in Fee Simple forever.

AND the grantor hereby covenants with said grantee that the grantor is lawfully seized of said land in fee simple; that the grantor has good right and lawful authority to sell and convey said land; that the grantor hereby fully warrants the title to said land and will defend the same against the lawful claims of all persons whomsoever; and that said land is free of all encumbrances, except taxes accruing subsequent to December 31, 2021.

**WARRANTY DEED**
(continued)

IN WITNESS WHEREOF, the undersigned have executed this document on the date(s) set forth below.

Signed, Sealed and Delivered in the presence of:

Witness Signature

Print Name

Witness Signature

Johnathan W. Thompson

Print Name

Luis David Ramos

Ronilynn Brissey Ramos

Address: 9000 SE 170th Avenue Rd
Ocklawaha, FL 32179

State of Florida
County of Pinellas
The foregoing instrument was acknowledged before me by means of [X] physical presence or [ ] online notarization, this 17th day of November, 2022, by Luis David Ramos and Ronilynn Brissey Ramos, to me known to be the person(s) described in or who has/have produced FL DLs as identification and who executed the foregoing instrument and he/she/they acknowledged that he/she/they executed the same.

Name: ____________
Notary Public in and for the State of ____________
My Commission Expires: ____________

JACQUELINE UMSTADTER
MY COMMISSION # HH 201332
EXPIRES: December 27, 2025
Bonded Thru Notary Public Underwriters




bliss **Condominium Association, Inc.**

November 15, 2022

Jaqueline Burkhalter
1679 Hardscrabble Rd
Mineral Bluff, GA 30559

Re: New Owner Application

Please be advised that the Board of Directors at bliss Condominium Association Inc. gladly approves your application for Unit 1101 at 176 4th Avenue Northeast St. Petersburg, FL 33701.

Welcome to the community.

Regards,

Management Representative:

James Myrthil

James Myrthil, LCAM

Pinellas County Property Appraiser - www.pcpao.gov

Generated on 11/12/2023 10:49 AM

## Parcel Summary (as of 11-Nov-2023)

Parcel Number

**19-31-17-09260-000-1101**

Owner Name
BURKHALTER, RUSSELL T
BURKHALTER, JACQUELINE A

Property Use
0430 Condominium

Site Address
176 4TH AVE NE # 1101
ST PETERSBURG, FL 33701

Mailing Address
1673 HARDSCRABBLE RD
MINERAL BLUFF, GA 30559-2851

Legal Description
BLISS CONDO UNIT 1101

Current Tax District
ST PETERSBURG (SP)

Year Built
2017

| Living SF | Gross SF | Living Units | Buildings |
|---|---|---|---|
| 2,120 | 2,120 | 1 | 1 |

## Parcel Map




## Exemptions

| Year | Homestead | Use % | Status |
|---|---|---|---|
| 2025 | No | 0% | |
| 2024 | No | 0% | |
| 2023 | No | 0% | |

**Property Exemptions & Classifications**

No Property Exemptions or Classifications found. Please note that Ownership Exemptions (Homestead, Senior, Widow/Widower, Veterans, First Responder, etc... will not display here).

## Miscellaneous Parcel Info

| Last Recorded Deed | Sales Comparison | Census Tract | Evacuation Zone | Flood Zone | Elevation Certificate | Plat Bk/Pg |
|---|---|---|---|---|---|---|
| 22272/1893 | $2,176,883 | 121030215012 | C | Current FEMA Maps | Check for EC | 160/5 |

## 2023 Final Values

| Year | Just/Market Value | Assessed Value/SOH Cap | County Taxable Value | School Taxable Value | Municipal Taxable Value |
|---|---|---|---|---|---|
| 2023 | $1,850,351 | $1,850,351 | $1,850,351 | $1,850,351 | $1,850,351 |

## Value History (yellow indicates corrected value)

| Year | Homestead Exemption | Just/Market Value | Assessed Value/SOH Cap | County Taxable Value | School Taxable Value | Municipal Taxable Value |
|---|---|---|---|---|---|---|
| 2022 | Y | $1,756,506 | $1,318,947 | $1,268,947 | $1,293,947 | $1,268,947 |
| 2021 | Y | $1,280,531 | $1,280,531 | $1,230,531 | $1,255,531 | $1,230,531 |
| 2020 | N | $1,202,907 | $1,118,099 | $1,118,099 | $1,202,907 | $1,118,099 |
| 2019 | N | $1,132,971 | $1,016,454 | $1,016,454 | $1,132,971 | $1,016,454 |
| 2018 | N | $924,049 | $924,049 | $924,049 | $924,049 | $924,049 |

## 2023 Tax Information



Do not rely on current taxes as an estimate following a change in ownership. A significant change in taxable value may occur after a transfer due to a loss of exemptions, reset of the Save Our Homes or 10% Cap, and/or market conditions. Please use our **Tax Estimator** to estimate taxes under new ownership.

| Tax Bill | 2023 Millage | Tax District |
|---|---|---|
| View 2023 Tax Bill | | (SP) |




## Sales History

| Sale Date | Price | Qualified / Unqualified | Vacant / Improved | Grantor | Grantee | Book / Page |
|---|---|---|---|---|---|---|
| 17-Nov-2022 | $2,300,000 | Q | I | RAMOS LUIS DAVID | BURKHALTER RUSSELL T | 22272/1893 |
| 14-Jan-2022 | $102,300 | U | I | RAMOS LUIS DAVID | RAMOS LUIS DAVID | 21896/2125 |
| 28-Sep-2020 | $1,460,000 | Q | I | GOODMAN MICHAEL ADAM | RAMOS LUIS DAVID | 21191/2321 |
| 09-Feb-2017 | $1,009,900 | Q | I | TAUB ENTITIES ST PETE LLC | GOODMAN MICHAEL ADAM | 19517/0603 |
| 03-Mar-2015 | $3,500,000 | M | I | MOSS PATRICIA BUCKLEY TRUSTEE | TAUB ENTITIES ST PETE LLC | 18699/0815 |

## 2023 Land Information

Land Area: 0.0000 acres | 0 sf    Frontage and/or View: None    Seawall: No

| Property Use | Land Dimensions | Unit Value | Units | Method | Total Adjustments | Adjusted Value |
|---|---|---|---|---|---|---|
| No Lands on Record. | | | | | | |

## 2023 Building 1 Structural Elements and Sub Area Information

| Structural Elements | |
|---|---|
| Unit View | Bay |
| Unit Type | Corner |
| Balcony/porch | Open Porch |
| Unit Floor # | 11 |
| Unit Stories | 1 |
| Living Units | 1 |
| Year Built | 2017 |
| Building Type | High Rise >11 Fl |
| Quality | Excellent |
| Exterior Walls | Reinforced Concrete |
| Complex Amenities | Club House Or Rec Room<br>Swimming Pool |

| Sub Area | Living Area SF | Gross Area SF |
|---|---|---|
| Base (BAS) | 2,120 | 2,120 |
| **Total Area SF** | **2,120** | **2,120** |

Sketch Unavailable

## 2023 Extra Features

| Description | Value/Unit | Units | Total Value as New | Depreciated Value | Year |
|---|---|---|---|---|---|
| No Extra Features on Record. | | | | | |



Doc ID: 002756560002 Type: ESTD
Recorded: 05/06/2022 at 09:46:00 AM
Fee Amt: $936.00 Page 1 of 2
Transfer Tax: $911.00
Fannin Co. Clerk of Superior Court
DANA CHASTAIN Clerk of Courts
BK 1503 PG 520-521

**Return recorded document to:**
Wilson Hamilton LLC
316 Summit Street
Blue Ridge, GA 30513
File No.: 22-0364

# EXECUTOR'S DEED

STATE OF GEORGIA
COUNTY OF FANNIN

THIS INDENTURE is made the 29th day of April, 2022, between **Windell Davis and Kathleen Pittman**, as **Co-Executors of the Estate of Margaret G. Davis, deceased**, late of the State of Georgia and County of Fannin ("Grantor"), and **Russell T. Burkhalter and Jacqueline A. Burkhalter**, as Joint Tenants with Rights of Survivorship ("Grantee") (the words "Grantor" and "Grantee" to include their respective heirs, successors, and assigns where the context requires or permits).

WITNESSETH

WHEREAS, Margaret G. Davis died leaving a Last Will and Testament which was duly probated in solemn form and recorded in the Probate Court of Fannin County, Georgia, Estate No. 22-77;

WHEREAS, said Last Will and Testament named Grantor as the Executor of the Estate of the deceased, and gave Grantor as Executor full power and authority to sell property of the Estate; and

WHEREAS, all debts of the Estate have been paid in full;

NOW, THEREFORE, for and in consideration of TEN DOLLARS, in hand paid at or before the sealing and delivery of these presents, the receipt whereof is hereby acknowledged, Grantor does grant bargain, sell and convey unto Grantee, the following described property:

All that tract or parcel of land lying and being in the 8th District, 2nd Section, Land Lots 123 & 124, Fannin County, Georgia, being 60.73 acres, more or less, as shown on a plat of survey by

Richard E. Nutt, GRLS No. 1797, dated September 7, 2005 and revised on October 12, 2005 and recorded in Plat Book D247, Page 1, Fannin County Records, to which reference is hereby made for a more complete and accurate legal description.

For informational purposes only: Map Parcel No. 0029 021 (Parent Parcel)

Grantor also grants a 30' access easement over and across the 10' dirt road, as depcited in the plat recorded in Plat Book D247, Page 1, Fannin County Records.

SUBJECT TO all existing easements, restrictions, reservations and rights of way of record.

*Chain of Title:* This being a portion of the same property as was conveyed to Grantor herein by Warranty Deed with Rights of Survivorship from Lawrence C. Davis dated September 26, 1983 and recorded in Book 87, Page 73, Fannin County Records.

TO HAVE AND TO HOLD the said tract or parcel of land with all and singular the rights, members and appurtenances thereof, to the same being, belonging, or in anywise appertaining to the only proper use, benefit and behoof of Grantee forever in FEE SIMPLE, in as full and ample a manner as the same was held, possessed, and enjoyed, or might have been held, possessed, and enjoyed, by the said deceased.

IN WITNESS WHEREOF, Grantor has signed and sealed this deed, the day and year above written.

Signed, sealed and delivered in the presence of:

Windell Davis (seal)
Windell Davis, as Co-Executor as Aforesaid

Kathleen Pittman (seal)
Kathleen Pittman, as Co-Executor as Aforesaid

Witness

Notary Public
My Commission Expires: 8/29/2025

CAITLIN NICOLE HENDERSON
NOTARY
EXPIRES
GEORGIA
Aug. 29, 2025
PUBLIC
UNION COUNTY

Skip to main content

# Fannin County, GA

## Summary

| | |
|---|---|
| Parcel Number | 0029 021 |
| Account/Realkey | 4222 |
| Location Address | 1147 PINEY ROAD |
| Legal Description | 8-2 LL123,124 DB1503-520* 60.73 AC<br>(Note: Not to be used on legal documents) |
| Class | A5-Agricultural<br>(Note: This is for tax purposes only. Not to be used for zoning.) |
| Tax District | COUNTY (District 01) |
| Millage Rate | 14.021 |
| Acres | 60.73 |
| Neighborhood | ZONE 1 RURAL (1850) |
| Account Number | 4222 |
| Homestead Exemption | No (S0) |
| Landlot/District | N/A / 08 |

View Map

1147 Piney Rd. Mineral Bluff, Ga 30559 60 acres

*Development appraisal*

**$4,000,000**

## Owner

BURKHALTER RUSSELL T & JACQUELINE A
1673 HARDSCRABBLE ROAD
MINERAL BLUFF, GA 30559

## Rural Land

| Type | Description | Calculation Method | Soil Productivity | Acres |
|---|---|---|---|---|
| RUR | Open Land | Rural | 2 | 7.74 |
| RUR | Open Land | Rural | 3 | 6.05 |
| RUR | Woodlands | Rural | 7 | 32.89 |
| RUR | Woodlands | Rural | 8 | 14.05 |

## Sales

| Sale Date | Deed Book / Page | Plat Book / Page | Sale Price | Reason | Grantor | Grantee |
|---|---|---|---|---|---|---|
| 5/6/2022 | 1503 520 | D247 1 | $910,950 | No House @ Sale | DAVIS MARGARET G | BURKHALTER RUSSELL T & JACQUELINE A |
| 9/26/1983 | 87 73 | | $0 | Survivorship Deed | | DAVIS LAWRENCE C & |

## Valuation

| | | 2023 | 2022 | 2021 | 2020 | 2019 |
|---|---|---|---|---|---|---|
| | Previous Value | $531,802 | $366,589 | $366,589 | $428,093 | $325,875 |
| | Land Value | $401,699 | $468,282 | $330,791 | $330,791 | $416,805 |
| + | Improvement Value | $0 | $58,520 | $30,798 | $30,798 | $6,288 |
| + | Accessory Value | $0 | $5,000 | $5,000 | $5,000 | $5,000 |
| = | **Current Value** | **$401,699** | **$531,802** | **$366,589** | **$366,589** | **$428,093** |
| | 10 Year Land Covenant (Agreement Year / Value) | | 2020 / $76,772 | 2020 / $74,578 | 2020 / $72,448 | |

## Sketches



Doc ID: 002781650003 Type: WD
Recorded: 07/20/2022 at 10:15:00 AM
Fee Amt: $1,025.00 Page 1 of 3
Transfer Tax: $1,000.00
Fannin Co. Clerk of Superior Court
DANA CHASTAIN Clerk of Courts
BK 1516 PG 759-761

**Return recorded document to:**
Wilson Hamilton LLC
316 Summit Street
Blue Ridge, GA 30513
File No.: 22-0678-MH 1031

# LIMITED WARRANTY DEED

STATE OF GEORGIA
COUNTY OF FANNIN

THIS INDENTURE is made July 15, 2022, between **Hobert Lewis Harris, aka H.L. Harris** ("Grantor"), and **Russell Burkhalter and Jacqueline A Burkhalter**, as Joint Tenants with Right of Survivorship ("Grantee"), (the words "Grantor" and "Grantee" to include their respective heirs, successors, and assigns where the context requires or permits).

WITNESSETH THAT: Grantor, for and in consideration of the sum of Ten Dollars ($10.00) and other good and valuable consideration, in hand paid at and before the sealing and delivery of these presents, the receipt of which is hereby acknowledged, has granted, bargained, sold and conveyed, and by these presents does grant bargain, sell and convey unto Grantee, the following described property:

> All that tract or parcel of land lying and being in Land Lot 124, 129, and 130, of the 8th District and 2nd Section of Fannin County, Georgia, lying on the westerly side of a property line shown by a plat recorded in Plat Book 24, Page 191, Fannin County deed records, said plat being incorporated herein by reference, and also being on the westerly side of an existing roadway leading to the residence of Warren Davis and being more particularly described as follows:
> BEGINNING at the common land lot intersection of Land Lot 123, 124, 129, and 130; thence westerly along and following the north land lot line of Land Lot 130 to the westerly boundary of the Warren Davis property; thence running southerly and southeasterly along the southern boundary of the Warren Davis property to its point located near or adjacent to a small road bed and Hardscrabble Road and other property belonging to David Heaton; thence northerly and northeasterly along the westerly boundary line of the David Heaton property to the common point of intersection of the Warren Davis property, the David Heaton property and the Jeanette R. Kyle property at a

3

point located on the westerly margin of the existing gravel roadway leading to the Warren Davis residence; thence continuing northwesterly, northeasterly and northerly along the westerly boundary of said graveled roadway 400 ft., more or less to a point located on the westerly boundary of said roadway (said point being located North 85° 50' 30" East 326.47 ft., more or less, from the common land lot intersection of Land Lots 123, 124, 129, and 130 as shown by the aforementioned plat); thence running North 85° 50' 30" East 28 ft., more or less, to a ½" rebar iron pin located adjacent to the second fence post from an existing power pole and as shown by the aforementioned plat; thence North 17° 19' 52" East 501.64 ft. to a ½" iron pin at the centerline of an existing gate; thence North 45° 13' 44" East 441.19 ft. to an iron pin at the bend of the branch; thence continuing North 45° 13' 44" East 4.52 ft. to the centerline of said branch; thence running Northwesterly along the centerline meanderings of said branch to its point of intersection with the West land lot line of Land Lot 124; thence running South along the West land lot line of Land Lot 124 to the common land lot intersection of Land Lot 123, 124, 129, and 130 and the POINT OF BEGINNING.

LESS AND EXCEPT 2.51 acres conveyed by Warren C. Davis to Bruce Davis and Brenda Davis, said deed being recorded in Deed Book 168, Page 542, in the Office of the Clerk of the Superior Court of Fannin County, Georgia.

LESS AND EXCEPT that certain parcel of land conveyed by Warranty Deed with Rights of Survivorship dated the 2nd day of October, 1995 from Warren Davis and Ruby A. Davis to Hobert Lewis Harris and Clara J. Harris as recorded in the Office of the Clerk of the Superior Court of Fannin County, Georgia.

For informational purposes only: Map Parcel No. 0029 076

TOGETHER WITH right of ingress, egress and utility easement along existing roads to the subject property; AND SUBJECT TO all existing easements, restrictions, reservations and rights of way of record.

*Chain of Title*: This being the same property as was conveyed to Grantor herein by Warranty Deed with Rights of Survivorship from Warren C. Davis and Ruby A. Davis dated October 8, 2009 and recorded in Book 1015, Page 85, Fannin County Records.

TO HAVE AND TO HOLD the said tract or parcel of land, with all and singular the rights, members and appurtenances thereof, to the same being, belonging, or in anywise appertaining, to the only proper use, benefit, and behoof of Grantee forever in FEE SIMPLE.

AND GRANTOR will warrant and forever defend the right and title to the above described property unto Grantee against the claims of all persons claiming by, through or under Grantor, but against none other.

IN WITNESS WHEREOF, Grantor has signed and sealed this deed, the day and year above written.

Unofficial Witness

Hobert Lewis Harris, aka H.L. Harris (seal)

Notary Public



# Fannin County, GA

## Summary

| | |
|---|---|
| Parcel Number | 0029 076 |
| Account/Realkey | 4326 |
| Location Address | 1019 HARDSCRABBLE RD |
| Legal Description | 8-2 LL24,129,130 DB1516-759* 39.49 ACS<br>(Note: Not to be used on legal documents) |
| Class | V4-Consv Use<br>(Note: This is for tax purposes only. Not to be used for zoning.) |
| Tax District | COUNTY (District 01) |
| Millage Rate | 14.021 |
| Acres | 39.49 |
| Neighborhood | N/A |
| Account Number | 4326 |
| Homestead Exemption | No (S0) |
| Landlot/District | N/A / 08 |

View Map

1019 Hardscrabble Rd.
39.5 Acres plus structure
*Development appraisal*
**$5,500,000**

## Owner

BURKHALTER RUSSELL & JACQUELINE A
1673 HARDSCRABBLE ROAD
MINERAL BLUFF, GA 30559

## Rural Land

| Type | Description | Calculation Method | Soil Productivity | Acres |
|---|---|---|---|---|
| RUR | Small Parcels | Rural | 8 | 1.3 |
| RUR | Small Parcels | Rural | 1 | 38.19 |

## Conservation Use Rural Land

| Type | Description | Soil Productivity | Acres |
|---|---|---|---|
| CUV | Agland 93 | 8 | 3.45 |
| CUV | Agland 93 | 8 | 2.15 |
| CUV | Agland 93 | 2 | 2 |
| CUV | Agland 93 | 3 | 1.82 |
| CUV | Agland 93 | 9 | 0.96 |
| CUV | Agland 93 | 6 | 0.38 |
| CUV | Agland 93 | 4 | 0.06 |
| CUV | Timberland 93 | 6 | 0.23 |
| CUV | Timberland 93 | 3 | 2.09 |
| CUV | Timberland 93 | 7 | 17.25 |
| CUV | Timberland 93 | 3 | 5.35 |
| CUV | Timberland 93 | 8 | 2.45 |

## Accessory Information

| Description | Year Built | Dimensions/Units | Identical Units | Value |
|---|---|---|---|---|
| Canopy/Hay Shed/Pole Barn | 2022 | 24x96 / 0 | 1 | $18,063 |
| Detached Garage | 2022 | 24x96 / 0 | 1 | $63,222 |
| Home Site Improvement (Avg) | 2017 | 0x0 / 1 | 1 | $5,000 |

## Sales

| Sale Date | Deed Book / Page | Plat Book / Page | Sale Price | Reason | Grantor | Grantee |
|---|---|---|---|---|---|---|
| 7/20/2022 | 1516 759 | 24 191 | $1,000,000 | Not Market Value | HARRIS HOBERT LEWIS | BURKHALTER RUSSELL |
| 10/8/2009 | 1015 85* | | $0 | Gift | DAVIS WARREN & RUBY | HARRIS HOBERT LEWIS & CLARA J |
| 8/15/1994 | 1015 80* | E314 2 | $0 | Gift | DAVIS WARREN & RUBY A | HARRIS HOBERT LEWIS & CLARA J |
| 2/5/1991 | 169 6 | | $0 | Quit Claim | | DAVIS WARREN & RUBY |

Type: WD
Kind: WARRANTY DEED
Recorded: 10/7/2022 11:22:00 AM
Fee Amt: $362.50 Page 1 of 2
Transfer Tax: $337.50
Fannin Co. Clerk of Superior Court
DANA CHASTAIN Clerk of Courts

Participant ID: 9734359602

BK 1528 PG 41 - 42

**Return recorded document to:**
Wilson Hamilton LLC
316 Summit Street
Blue Ridge, GA 30513
File No.: 22-0943 1031

# LIMITED WARRANTY DEED

STATE OF TN
COUNTY OF Hamilton

THIS INDENTURE is made October 6, 2022, between **Natalie Gagliano** ("Grantor"), and **The Burkhalter Ranch Corporation** ("Grantee"), (the words "Grantor" and "Grantee" to include their respective heirs, successors, and assigns where the context requires or permits).

WITNESSETH THAT: Grantor, for and in consideration of the sum of Ten Dollars ($10.00) and other good and valuable consideration, in hand paid at and before the sealing and delivery of these presents, the receipt of which is hereby acknowledged, has granted, bargained, sold and conveyed, and by these presents does grant bargain, sell and convey unto Grantee, the following described property:

> All that tract or parcel of land lying and being in the 8th District, 2nd Section, Land Lot 105, Fannin County, Georgia, being 1.72 acres, more or less, as set forth on plat of survey by Lane S. Bishop, GRLS No. 1575, dated October 31, 2012, revised December 21, 2012, and recorded in Plat Book E-335, Page 2, Fannin County Records, to which reference is hereby made for a more complete and accurate legal description.
>
> For informational purposes only: Map Parcel No. 0059 B 069

TOGETHER WITH right of ingress, egress and utility easement along existing roads to the subject property; AND SUBJECT TO all existing easements, restrictions, reservations and rights of way of record.

*Chain of Title*: This being the same property as was conveyed to Grantor herein by Limited Warranty Deed from Carolyn F. White and John A. Trotter dated May 1, 2019 and recorded in Book 1293, Page 452, Fannin County Records.

**IN WITNESS WHEREOF, the Grantor has signed and sealed this deed, the day and year above written.**

**Signed, sealed and delivered in the presence of:**

Natalie Gagliano

**Natalie Gagliano**

Audria Higgins

**Unofficial Witness**

Linda M. Sleppnitt

**Notary Public**

**My Commission Expires:** 09-09-2025

**Affix Notary Stamp/Seal**

# Fannin County, GA

## Summary

| | |
|---|---|
| Parcel Number | 0059 B 069 |
| Account/Realkey | 11176 |
| Location Address | 270 MADOLA ROAD |
| Legal Description | 8-2 LL105 DB1528-41* 1.72 AC<br>(Note: Not to be used on legal documents) |
| Class | R3-Residential<br>(Note: This is for tax purposes only. Not to be used for zoning.) |
| Tax District | COUNTY (District 01) |
| Millage Rate | 14.021 |
| Acres | 1.72 |
| Neighborhood | ZONE 3 RURAL (1577) |
| Account Number | 11176 |
| Homestead Exemption | No (S0) |
| Landlot/District | 105 / 08 |

View Map

270 Madola Rd.
Blue Ridge, GA 30513
475,000

## Owner

THE BURKHALTER RANCH CORP
1673 HARDSCRABBLE RD
MINERAL BLUFF, GA 30559

## Rural Land

| Type | Description | Calculation Method | Soil Productivity | Acres |
|---|---|---|---|---|
| RUR | Small Parcels | Rural | 1 | 1.72 |

## Accessory Information

| Description | Year Built | Dimensions/Units | Identical Units | Value |
|---|---|---|---|---|
| Home Site Improvement (Fair) | 2017 | 0x0 / 1 | 1 | $3,000 |
| Home Site Improvement (Fair) | 2017 | 0x0 / 1 | 1 | $3,000 |
| Home Site Improvement (Fair) | 2017 | 0x0 / 1 | 1 | $3,000 |
| Home Site Improvement (Fair) | 2016 | 0x0 / 1 | 1 | $3,000 |

## Prebill Mobile Homes

| Account Number | Owner | Lot Number | Year Built | Manufacturer | Model | Width x Length |
|---|---|---|---|---|---|---|
| 914 | GAGLIANO NATALIE ATLANTA DEFERRED | | 1991 | HORTON HOMES INC | SUMMIT | 12x56 |
| 915 | GAGLIANO NATALIE ATLANTA DEFERRED | | 1993 | HORTON HOMES INC | SUMMIT | 24x52 |
| 1335 | GAGLIANO NATALIE ATLANTA DEFERRED | | 1992 | HORTON HOMES INC | SUMMIT | 12x56 |

## Sales

| Sale Date | Deed Book / Page | Plat Book / Page | Sale Price | Reason | Grantor | Grantee |
|---|---|---|---|---|---|---|
| 10/7/2022 | 1528 41 | E335 2 | $337,500 | Mobile Home Inclu | GAGLIANO NATALIE ATLANTA DEFERRED | THE BURKHALTER RANCH CORP |
| 5/1/2019 | 1293 452* | E335 2 | $120,000 | Mobile Home Inclu | WHITE CAROLYN F & JOHN TROTTER | GAGLIANO NATALIE ATLANTA DEFERRED |
| 12/18/2012 | 1036 585* | E335 2 | $0 | Survivorship Deed | WHITE CAROLYN F | WHITE CAROLYN F & |
| 10/12/2012 | 1026 338* | | $13,500 | Multiple Lot | SCBT N A D/B/A CBT A DIVISION | WHITE CAROLYN F |
| 7/3/2012 | 1015 343* | | $0 | Foreclosure | BUCHANAN INVESTMENT PROPERTIES | SCBT N A D/B/A CBT A DIVISION OF SCBT NA |
| 2/8/2008 | 832 371 | | $236,250 | Mobile Home Inclu | GODFREY J MARTY & | BUCHANAN INVESTMENT PROPERTIES LLC |
| 11/30/2001 | 422 232 | | $135,000 | Mobile Home Inclu | QUINTRELL JAMES R | GODFREY J MARTY & |
| 6/13/1994 | 214 367 | 8 64 | $0 | Quit Claim | | QUINTRELL JAMES R |
| 12/14/1993 | 223 700 | | $0 | Quit Claim | | QUINTRELL JAMES R |
| 8/27/1991 | 177 330 | 8 64 | $11,000 | Land Market Sale | | QUINTRELL JAMES R |

Type: WD
Kind: WARRANTY DEED
Recorded: 9/23/2022 2:20:00 PM
Fee Amt: $2,025.00 Page 1 of 2
Transfer Tax: $2,000.00
Fannin Co. Clerk of Superior Court
DANA CHASTAIN Clerk of Courts

Participant ID: 9734359602

BK 1526 PG 113 - 114

**Return recorded document to:**
Wilson Hamilton LLC
316 Summit Street
Blue Ridge, GA 30513
File No.: 22-0870 NC

# LIMITED WARRANTY DEED

STATE OF GEORGIA
COUNTY OF FANNIN

THIS INDENTURE is made September 23, 2022, between **Darby Property Investments, LLC** ("Grantor"), and **Russell Burkhalter and Jacqueline A. Burkhalter**, as Joint Tenants with Right of Survivorship ("Grantee"), (the words "Grantor" and "Grantee" to include their respective heirs, successors, and assigns where the context requires or permits).

WITNESSETH THAT: Grantor, for and in consideration of the sum of Ten Dollars ($10.00) and other good and valuable consideration, in hand paid at and before the sealing and delivery of these presents, the receipt of which is hereby acknowledged, has granted, bargained, sold and conveyed, and by these presents does grant bargain, sell and convey unto Grantee, the following described property:

> All that tract or parcel of land lying and being in the 8th District, 2nd Section, Land Lot 93, Fannin County, Georgia, being Lot 5 of Overlook at Piney Mountain, containing 1.68 acres, more or less, as set forth on plat of survey by Bruce W. Hamilton, GRLS No. 2951, dated January 8, 2021 and recorded in Plat Book F250, Pages 6-7, Fannin County Records, to which reference is made for a more complete and accurate legal description.
>
> For informational purposes only: Map Parcel No. 0029 021 01 (Parent)

TOGETHER WITH right of ingress, egress and utility easement along existing roads to the subject property; AND SUBJECT TO all existing easements, restrictions, reservations and rights of way of record.

*Chain of Title*: This being a portion of the same property as was conveyed to Grantor herein by Limited Warranty Deed from Anthony Darby dated February 1, 2022 and recorded in Book 1483, Page 415, Fannin County Records.

TO HAVE AND TO HOLD the said tract or parcel of land, with all and singular the rights, members and appurtenances thereof, to the same being, belonging, or in anywise appertaining, to the only proper use, benefit, and behoof of Grantee forever in FEE SIMPLE.

AND GRANTOR will warrant and forever defend the right and title to the above described property unto Grantee against the claims of all persons claiming by, through or under Grantor, but against none other.

IN WITNESS WHEREOF, Grantor has signed and sealed this deed, the day and year above written.

______________________
Unofficial Witness

______________________
Notary Public

JOHN ANDREW HAMILTON II
NOTARY
EXPIRES
GEORGIA
JULY 13, 2024
PUBLIC
FANNIN COUNTY, GA

Darby Property Investments, LLC

BY:______________________(seal)
Anthony Darby
Managing Member

# Fannin County, GA

## Summary

| | |
|---|---|
| Parcel Number | 0029 0211CA |
| Account/Realkey | 32998 |
| Location Address | TOWER ROAD |
| Legal Description | 8-2 LL93 LT5 DB1526-113* 1.68 ACRES<br>(Note: Not to be used on legal documents) |
| Class | R3-Residential<br>(Note: This is for tax purposes only. Not to be used for zoning.) |
| Tax District | COUNTY (District 01) |
| Millage Rate | 14.021 |
| Acres | 1.68 |
| Neighborhood | N/A |
| Account Number | 32998 |
| Homestead Exemption | No (S0) |
| Landlot/District | 93 / 8 |

View Map

## Owner

BURKHALTER RUSSELL & JACQUELINE A BURKHA
1673 HARDSCRABBLE RD
MINERAL BLUFF, GA 30559

## Rural Land

| Type | Description | Calculation Method | Soil Productivity | Acres |
|---|---|---|---|---|
| RUR | Small Parcels | Rural | 2 | 1.68 |

## Residential Improvement Information

| | |
|---|---|
| Style | Income Producing Res |
| Heated Square Feet | 3955 |
| Interior Walls | Pine |
| Exterior Walls | Log Siding |
| Foundation | Masonry |
| Attic Square Feet | 0 |
| Basement Square Feet | 1582 - 100% Finished |
| Year Built | 2023 |
| Roof Type | Metal |
| Flooring Type | Pine |
| Heating Type | Central Heat/AC |
| Number Of Rooms | 0 |
| Number Of Bedrooms | 0 |
| Number Of Full Bathrooms | 4 |
| Number Of Half Bathrooms | 1 |
| Number Of Plumbing Extras | 11 |
| Value | |
| Condition | Average |
| House Address | 0 TOWER ROAD |

Tower Rd.
Mineral Bluff, Ga
$9,000,000

## Accessory Information

| Description | Year Built | Dimensions/Units | Identical Units | Value |
|---|---|---|---|---|
| Home Site Improvement (Good) | 2023 | 0x0 / 1 | 1 | $0 |

## Sales

| Sale Date | Deed Book / Page | Plat Book / Page | Sale Price | Reason | Grantor | Grantee |
|---|---|---|---|---|---|---|
| 9/23/2022 | 1526 113 | F250 6* | $2,000,000 | Income Producing Residential | DARBY PROPERTY INVESTMENTS LLC | BURKHALTER RUSSELL & JACQUELINE A BURKHA |

## Valuation

| | | 2023 |
|---|---|---|
| | Previous Value | $0 |
| | Land Value | $14,017 |
| + | Improvement Value | $0 |
| + | Accessory Value | $0 |
| = | **Current Value** | **$14,017** |

Type: WD
Kind: WARRANTY DEED
Recorded: 2/17/2023 2:34:00 PM
Fee Amt: $2,425.00 Page 1 of 3
Transfer Tax: $2,400.00
Fannin Co. Clerk of Superior Court
DANA CHASTAIN Clerk of Courts

Participant ID: 9734359602

BK 1544 PG 210 - 212

**Return recorded document to:**
Wilson Hamilton LLC
316 Summit Street
Blue Ridge, GA 30513
File No.: 23-0082

# LIMITED WARRANTY DEED

STATE OF GEORGIA
COUNTY OF FANNIN

THIS INDENTURE is made February 17, 2023, between **Stephen R. Pfiffer and Richard W. Tullis** ("Grantor"), and **The Burkhalter Ranch Corporation** ("Grantee"), (the words "Grantor" and "Grantee" to include their respcctive heirs, successors, and assigns where the context requires or permits).

WITNESSETH THAT: Grantor, for and in consideration of the sum of Ten Dollars ($10.00) and other good and valuable consideration, in hand paid at and before the sealing and delivery of these presents, the receipt of which is hereby acknowledged, has granted, bargained, sold and conveyed, and by these presents does grant bargain, sell and convey unto Grantee, the following described property:

TRACT 1:
All that tract or parcel of land lying and being in the 8th District, 2nd Section, Land Lot 194, Fannin County, Georgia, being described as Lot A-16-A, containing 1.56 acres, more or less, as shown on a plat of survey by Donald L. Cordell, GRLS No. 2447, dated December 4, 1992 and recorded in Plat Book 26, Page 222, Fannin County Records, to which reference is hereby made for a more complete and accurate legal description.

For informational purposes only: Map Parcel No. 0030 027 BJ

TRACT 2:
All that tract or parcel of land lying and being in the 8th District, 2nd Section, being a part of Land Lots No. 167, 194, and 195, Fannin County, Georgia, being described as the Helen Kelly Property, containing 29.7 acres, more or less, as shown on a plat of survey recorded in Plat Hanger B-43, Page 34, Fannin County Records, to which reference is

hereby made for a more complete and accurate legal description.

For informational purposes only: Map Parcel No. 0030 085 03 & 0030 045 01 (parent)

TRACT 3:
All that tract or parcel of land lying and being in the 8th District, 2nd Section, Land Lots 166 & 195, Fannin County, Georgia, being 8.0 acres, more or less, as shown on a plat of survey by Lane S. Bishop, GRLS No. 1575, dated February 1, 2000 and recorded in Plat Hanger A-570, Page 7, Fannin County Records, to which reference is hereby made for a more complete and accurate legal description.

For informational purposes only: Map Parcel No. 0030 045 01 (Parent Parcel)

TRACT 4:
All that tract or parcel of land lying and being in the 8th District, 2nd Section, Land Lot No. 195, in the City of Mineral Bluff, Fannin County, Georgia, being 7.5 acres, more or less, as shown on a plat of survey by William H. McVey, GRLS No. 1624, dated October 27, 1979 and recorded in Plat Book 10, Page 25, Fannin County Records, to which reference is hereby made for a more complete and accurate legal description.

LESS AND EXCEPT:

All that tract or parcel of land lying and being in the 8th District, 2nd Section, Land Lots 165 & 195, in the City of Mineral Bluff, Fannin County, Georgia, being Tract 2, containing 0.75 acre, more or less, as set forth on plat of survey by Bruce W. Hamilton, GRLS No. 2951, dated November 24, 2020 and recorded in Plat Hanger F-235, Page 3, Fannin County Records, to which reference is hereby made for a more complete and accurate legal description.

For informational purposes only: Map Parcel No. MB01 33C

TOGETHER WITH right of ingress, egress and utility easement along existing roads to the subject property; AND SUBJECT TO all existing easements, restrictions, rcservations and rights of way of record.

*Chain of Title*: This being the same property as was conveyed to Grantor herein by Limited Warranty Deed from U.S. Bank, N.A. as Trustee for Manufactured Housing Contract Senior/Subordinate Pass-Through Certificate 2002-2 dated June 15, 2018 and recorded in Book 1256, Page 599, Fannin County Records. This also being the same property as was conveyed to Grantor herein by Limited Warranty Deed from Patricia Helen Davenport, dated September 3, 2021 and recorded in Deed Book 1451, Page 72, Fannin County Records. This also being the same property as was conveyed to Grantor herein by Special Warranty Deed from Federal Home Loan Mortgage Corporation, dated March 11, 2011 and recorded in Deed Book 961, Page 776, Fannin County Records. This also being the same property as was conveyed to Grantor herein by Limited Warranty Deed from Patricia Helen Davenport, dated September 23, 2016 and recorded in Deed Book 1181, Page 631, Fannin County Records. This also being a portion of the same property as was conveyed to Grantor herein by Survivorship Warranty Deed from Ah Sets, LLC, dated November 20, 2009 and recorded in Deed Book 911, Page 541, Fannin County Records.

TO HAVE AND TO HOLD the said tract or parcel of land, with all and singular the rights, members and appurtenances thereof, to the same being, belonging, or in anywise appertaining, to the only proper use, benefit, and behoof of Grantee forever in FEE SIMPLE.

AND GRANTOR will warrant and forever defend the right and title to the above described property unto Grantee against the claims of all persons claiming by, through or under Grantor, but against none other.

IN WITNESS WHEREOF, Grantor has signed and sealed this deed, the day and year above written.

Brittany Ruidsey
Unofficial Witness

Stephen R. Pfiffer

Notary Public

Richard W. Tullis

TERRY L WILSON
NOTARY
EXPIRES
GEORGIA
JULY 19, 2024
PUBLIC
FANNIN COUNTY, GA

# Fannin County, GA

## Summary

| | |
|---|---|
| Parcel Number | 0030 08503 |
| Account/Realkey | 32326 |
| Location Address | DOC ROOF ROAD |
| Legal Description | 8-2 LL167,194,195 DB1544-210* 18.92 ACRES<br>(Note: Not to be used on legal documents) |
| Class | V4-Consv Use<br>(Note: This is for tax purposes only. Not to be used for zoning.) |
| Tax District | COUNTY (District 01) |
| Millage Rate | 14.021 |
| Acres | 18.92 |
| Neighborhood | ZONE 4 RURAL (1578) |
| Account Number | 32326 |
| Homestead Exemption | No (S0) |
| Landlot/District | 167* / 8 |

View Map

Doc Roof Rd.
Blue Ridge, Ga
48 acres
4,000,000

## Owner

BURKHALTER RANCH CORPORATION
1061 HARDSCRABBLE RD
MINERAL BLUFF, GA 30559

## Rural Land

| Type | Description | Calculation Method | Soil Productivity | Acres |
|---|---|---|---|---|
| RUR | Small Parcels | Rural | 8 | 8.3 |
| RUR | Small Parcels | Rural | 7 | 10.62 |

## Conservation Use Rural Land

| Type | Description | Soil Productivity | Acres |
|---|---|---|---|
| CUV | Timberland 93 | 8 | 10.72 |
| CUV | Timberland 93 | 8 | 8.2 |

## Sales

| Sale Date | Deed Book / Page | Plat Book / Page | Sale Price | Reason | Grantor | Grantee |
|---|---|---|---|---|---|---|
| 2/17/2023 | 1544 210 | | $2,400,000 | Multiple Lot | PFIFFER STEPHEN R & RICHARD W TULLIS | BURKHALTER RANCH CORPORATION |
| 9/3/2021 | 1451 72* | B43 34 | $150,800 | *Small Tract Reval | DAVENPORT PATRICIA HELEN | PFIFFER STEPHEN R & RICHARD W TULLIS |

## Valuation

| | | 2023 | 2022 |
|---|---|---|---|
| | Previous Value | $144,812 | $0 |
| | Land Value | $144,812 | $144,812 |
| + | Improvement Value | $0 | $0 |
| + | Accessory Value | $0 | $0 |
| = | **Current Value** | **$144,812** | **$144,812** |
| | 10 Year Land Covenant (Agreement Year / Value) | 2019 / $13,963 | 2019 / $13,565 |

**No data available for the following modules:** Land, Residential Improvement Information, Commercial Improvement Information, Mobile Homes, Accessory Information, Prebill Mobile Homes, Permits, Sketches.

The Fannin County Assessor makes every effort to produce the most accurate information possible. No warranties, expressed or implied are provided for the data herein, its use or interpretation. The assessment information is from the last certified tax roll. All other data is subject to change.

| User Privacy Policy | GDPR Privacy Notice
Last Data Upload: 11/1/2023, 11:23:16 PM

Contact Us

Developed by


## Summary

| | |
|---|---|
| Parcel Number | 0029 01502 |
| Account/Realkey | 17272 |
| Location Address | 1673 HARDSCRABBLE RD |
| Legal Description | 8-2 LL124 DB1525-240* 13.21 ACS<br>(Note: Not to be used on legal documents) |
| Class | V3-Consv Use<br>(Note: This is for tax purposes only. Not to be used for zoning.) |
| Tax District | COUNTY (District 01) |
| Millage Rate | 14.021 |
| Acres | 13.21 |
| Neighborhood | ZONE 1 RURAL (1850) |
| Account Number | 17272 |
| Homestead Exemption | No (S0) |
| Landlot/District | 124 / 08 |

View Map

## Owner

BURKHALTER RANCH CORP
1673 HARDSCRABBLE RD
MINERAL BLUFF, GA 30559

## Rural Land

| Type | Description | Calculation Method | Soil Productivity | Acres |
|---|---|---|---|---|
| RUR | Small Parcels | Rural | 2 | 0.11 |
| RUR | Small Parcels | Rural | 8 | 7.07 |
| RUR | Small Parcels | Rural | 9 | 2.53 |
| RUR | Small Parcels | Rural | 3 | 0.06 |
| RUR | Small Parcels | Rural | 6 | 2.14 |
| RUR | Small Parcels | Rural | 6 | 1.3 |

## Conservation Use Rural Land

| Type | Description | Soil Productivity | Acres |
|---|---|---|---|
| CUV | Agland 93 | 9 | 2.53 |
| CUV | Agland 93 | 2 | 0.11 |
| CUV | Agland 93 | 8 | 7.07 |
| CUV | Timberland 93 | 3 | 0.06 |
| CUV | Timberland 93 | 6 | 2.14 |

## Residential Improvement Information

| | |
|---|---|
| Style | Two Family |
| Heated Square Feet | 7683 |
| Interior Walls | Pine |
| Exterior Walls | Hardi Board |
| Foundation | Masonry |
| Attic Square Feet | 0 |
| Basement Square Feet | 3553 - 100% Finished |
| Year Built | 2019 |
| Roof Type | Architectural Shingle |
| Flooring Type | Hardwood |
| Heating Type | Central Heat/AC |
| Number Of Rooms | 0 |
| Number Of Bedrooms | 0 |
| Number Of Full Bathrooms | 6 |
| Number Of Half Bathrooms | 0 |
| Number Of Plumbing Extras | 15 |
| Value | $796,250 |
| Condition | Average |
| House Address | 1673 HARDSCRABBLE RD |

## Accessory Information

| Description | Year Built | Dimensions/Units | Identical Units | Value |
|---|---|---|---|---|
| Detached Garage | 2022 | 30x60 / 0 | 1 | $49,392 |
| Storage Bldg | 2020 | 12x18 / 1 | 1 | $11 |
| Home Site Improvement (Avg) | 2018 | 0x0 / 0 | 1 | $5,000 |

Skip to main content

Fannin County, GA

## Sales

| Sale Date | Deed Book / Page | Plat Book / Page | Sale Price | Reason | Grantor | Grantee |
|---|---|---|---|---|---|---|
| 9/15/2022 | 1525 240 | D369 5 | $2,450,000 | Not Market Value | KAYLOR MATTHEW & ERICA | BURKHALTER RANCH CORP |
| 8/6/2018 | 1263 60* | D369 5 | $110,000 | Not Market Value | DAVIS BARBARA S | KAYLOR MATTTHEW & ERICA |
| 1/3/2012 | 992 759* | D369 5 | $0 | Gift | GALLOWAY CHADWICK JAMES & | DAVIS BARBARA S |
| 10/[illegible]/2006 | 754 [illegible] | D369 5 | $0 | Gift | DAVIS LEO H & BARBARA S | GALLOWAY CHADWICK JAMES & |
| 10/23/2006 | 754 292* | D369 5 | $0 | Scrivener's Affidavit | CLEVELAND ROBERT S | GALLOWAY CHADWICK JAMES & |
| 10/24/2001 | 754 289* | D369 5 | $0 | Boundary Line Agree | GALLOWAY CHADWICK JAMES & ETAL | GALLOWAY CHADWICK JAMES & |
| 6/21/1997 | 270 8 08 | | $0 | Divison of Property | DAVIS CECIL W SR & | DAVIS LEO H & BARBAR |

## Valuation

| | 2023 | 2022 | 2021 | 2020 | 2019 |
|---|---|---|---|---|---|
| Previous Value | $918,309 | $379,707 | $312,746 | $87,701 | $18,495 |
| Land Value | $108,923 | $108,923 | $82,701 | $82,701 | $82,701 |
| + Improvement Value | $796,250 | $804,375 | $291,994 | $225,045 | $0 |
| + Accessory Value | $54,403 | $5,011 | $5,012 | $5,000 | $5,000 |
| = **Current Value** | **$959,576** | **$918,309** | **$379,707** | **$312,746** | **$87,701** |
| 10 Year Land Covenant (Agreement Year / Value) | 2019 / $10,437 | 2019 / $10,137 | 2019 / $9,847 | 2019 / $9,564 | 2019 / $9,294 |

## Sketches





Doc ID: 002798130002 Type: WD
Recorded: 09/15/2022 at 02:30:00 PM
Fee Amt: $2,475.00 Page 1 of 2
Transfer Tax: $2,450.00
Fannin Co. Clerk of Superior Court
DANA CHASTAIN Clerk of Courts
BK 1525 PG 240-241

**Return recorded document to:**
Wilson Hamilton LLC
316 Summit Street
Blue Ridge, GA 30513
File No.: 22-0780

# LIMITED WARRANTY DEED

STATE OF GEORGIA
COUNTY OF FANNIN

THIS INDENTURE is made September 15, 2022, between **Matthew Kaylor and Erica Kaylor** ("Grantor"), and **The Burkhalter Ranch Corporation** ("Grantee"), (the words "Grantor" and "Grantee" to include their respective heirs, successors, and assigns where the context requires or permits).

WITNESSETH THAT: Grantor, for and in consideration of the sum of Ten Dollars ($10.00) and other good and valuable consideration, in hand paid at and before the sealing and delivery of these presents, the receipt of which is hereby acknowledged, has granted, bargained, sold and conveyed, and by these presents does grant bargain, sell and convey unto Grantee, the following described property:

> All that tract or parcel of land lying and being in the 8th District, 2nd Section, Land Lot 124, Fannin County, Georgia, being 13.210 acres, more or less, as shown on a plat of survey by Robert S. Cleveland, GRLS No. 2894, dated September 29, 2006 as recorded in Plat Hanger D-369, Page 5, Fannin County Records, to which reference is hereby made for a more complete and accurate legal description.
>
> For informational purposes only: Map Parcel No. 0029 015 02

TOGETHER WITH right of ingress, egress and utility easement along existing roads to the subject property; AND SUBJECT TO all existing easements, restrictions, reservations and rights of way of record.

*Chain of Title*: This being the same property as was conveyed to Grantor herein by Limited Warranty Deed from Barbara S. Davis dated August 6, 2018 and recorded in Book 1263, Page 60, Fannin County Records.

TO HAVE AND TO HOLD the said tract or parcel of land, with all and singular the rights, members and appurtenances thereof, to the same being, belonging, or in anywise appertaining, to the only proper use, benefit, and behoof of Grantee forever in FEE SIMPLE.

AND GRANTOR will warrant and forever defend the right and title to the above described property unto Grantee against the claims of all persons claiming by, through or under Grantor, but against none other.

IN WITNESS WHEREOF, Grantor has signed and sealed this deed, the day and year above written.

Unofficial Witness

Notary Public

TERRY L WILSON
NOTARY
EXPIRES
GEORGIA
JULY 19, 2024
PUBLIC
FANNIN COUNTY, GA

(seal)
Matthew Kaylor

(seal)
Erica Kaylor

# Fannin County, GA

## Summary

| | |
|---|---|
| Parcel Number | 0029 076 |
| Account/Realkey | 4326 |
| Location Address | 1019 HARDSCRABBLE RD |
| Legal Description | 8-2 LL24,129,130 DB1516-759* 39.49 ACS<br>(Note: Not to be used on legal documents) |
| Class | V4-Consv Use<br>(Note: This is for tax purposes only. Not to be used for zoning.) |
| Tax District | COUNTY (District 01) |
| Millage Rate | 14.021 |
| Acres | 39.49 |
| Neighborhood | N/A |
| Account Number | 4326 |
| Homestead Exemption | No (S0) |
| Landlot/District | N/A / 08 |

View Map

## Owner

BURKHALTER RUSSELL & JACQUELINE A
1673 HARDSCRABBLE ROAD
MINERAL BLUFF, GA 30559

## Rural Land

| Type | Description | Calculation Method | Soil Productivity | Acres |
|---|---|---|---|---|
| RUR | Small Parcels | Rural | 8 | 1.3 |
| RUR | Small Parcels | Rural | 1 | 38.19 |

## Conservation Use Rural Land

| Type | Description | Soil Productivity | Acres |
|---|---|---|---|
| CUV | Agland 93 | 8 | 3.45 |
| CUV | Agland 93 | 8 | 2.15 |
| CUV | Agland 93 | 2 | 2 |
| CUV | Agland 93 | 3 | 1.82 |
| CUV | Agland 93 | 9 | 0.96 |
| CUV | Agland 93 | 6 | 0.38 |
| CUV | Agland 93 | 4 | 0.06 |
| CUV | Timberland 93 | 6 | 0.23 |
| CUV | Timberland 93 | 3 | 2.09 |
| CUV | Timberland 93 | 7 | 17.25 |
| CUV | Timberland 93 | 3 | 5.35 |
| CUV | Timberland 93 | 8 | 2.45 |

## Accessory Information

| Description | Year Built | Dimensions/Units | Identical Units | Value |
|---|---|---|---|---|
| Canopy/Hay Shed/Pole Barn | 2022 | 24x96 / 0 | 1 | $18,063 |
| Detached Garage | 2022 | 24x96 / 0 | 1 | $63,222 |
| Home Site Improvement (Avg) | 2017 | 0x0 / 1 | 1 | $5,000 |

## Sales

| Sale Date | Deed Book / Page | Plat Book / Page | Sale Price | Reason | Grantor | Grantee |
|---|---|---|---|---|---|---|
| 7/20/2022 | 1516 759 | 24 191 | $1,000,000 | Not Market Value | HARRIS HOBERT LEWIS | BURKHALTER RUSSELL |
| 10/8/2009 | 1015 85* | | $0 | Gift | DAVIS WARREN & RUBY | HARRIS HOBERT LEWIS & CLARA J |
| 8/15/1994 | 1015 80* | E314 2 | $0 | Gift | DAVIS WARREN & RUBY A | HARRIS HOBERT LEWIS & CLARA J |
| 2/5/1991 | 169 6 | | $0 | Quit Claim | | DAVIS WARREN & RUBY |

## Valuation

| | | 2023 | 2022 | 2021 | 2020 | 2019 |
|---|---|---|---|---|---|---|
| | Previous Value | $261,110 | $191,577 | $143,100 | $143,100 | $114,568 |
| | Land Value | $256,110 | $256,110 | $186,577 | $138,100 | $138,100 |
| + | Improvement Value | $0 | $0 | $0 | $0 | $0 |
| + | Accessory Value | $86,285 | $5,000 | $5,000 | $5,000 | $5,000 |
| = | **Current Value** | **$342,395** | **$261,110** | **$191,577** | **$143,100** | **$143,100** |
| | 10 Year Land Covenant (Agreement Year / Value) | 2021 / $36,583 | 2021 / $35,536 | 2021 / $34,526 | | |

**No data available for the following modules:** Land, Residential Improvement Information, Commercial Improvement Information, Mobile Homes, Prebill Mobile Homes, Permits, Sketches.

The Fannin County Assessor makes every effort to produce the most accurate information possible. No warranties, expressed or implied are provided for the data herein, its use or interpretation. The assessment information is from the last certified tax roll. All other data is subject to change.

| User Privacy Policy | GDPR Privacy Notice

Last Data Upload: 11/11/2023, 3:22:22 AM

Contact Us

Developed by

