UNITED STATES DISTRICT COURT
FOR THE SOURTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| RACHEL LYNN WILLIAMSON and CONSTANCE NOVOA, individually and on behalf of all others similarly situated, Plaintiffs, | ) ) ) ) ) ) |
| v. | ) Case No.: 1:24-CV-01526-TWP-MJD ) |
| GERARDO LORENZO LINARDUCCI, an Indiana individual, and INTEGRITY WEALTH PARTNERS, LLC, an Indiana limited liability corporation, and DUCCI ENTERPRISES, LLC, an Indiana limited liability corporation, Defendants. | ) ) ) ) ) ) ) ) |

**PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT**

Plaintiffs Rachel Lynn Williamson and Constance Novoa ("Plaintiffs"), by and through undersigned counsel, respectfully move this Court pursuant to Federal Rule of Civil Procedure 15(a)(2) for leave to file the Second Amended Class Action Complaint and Demand for Jury Trial, attached as Exhibit A. In support of this Motion, Plaintiffs state as follows: On August 15, 2025, this Court entered an Order granting Defendants' Motion to Dismiss but also expressly granted Plaintiffs leave to amend their complaint within fourteen (14) days. (Doc. 32).

1. Pursuant to Rule 15(a)(2), leave to amend should be "freely give[n] when justice so requires." Fed. R. Civ. P. 15(a)(2).

2. The proposed Amended Complaint is designed to ensure that no changes are made to operative claims asserted against Defendant Gerardo Lorenzo Linarducci, in recognition of the automatic stay imposed by his pending bankruptcy proceeding. (Doc. 31).

1

3. Allowing amendment will promote judicial efficiency and serve the interests of justice by enabling this case to proceed on the merits against the non-bankrupt Defendants, while preserving Defendant Linarducci's stay for his pending bankruptcy proceeding.

4. Counsel for Plaintiffs have conferred with counsel for Defendants Integrity Wealth Partners, LLC and Ducci Enterprises, LLC ("Defendants"). Defendants contend that Plaintiff's Amended Complaint violates the automatic stay imposed by Mr. Linnarducci's bankruptcy proceedings. (Doc. 31). Defendants have advised that they consent to the filing of the attached Second Amended Complaint to resolve the parties' dispute about the alleged automatic stay violation, reserving all rights to answer or otherwise respond to the Second Amended Complaint. WHEREFORE, Plaintiffs respectfully request that this Court enter an order granting Plaintiffs leave to file the attached Second Amended Complaint, deeming it filed instanter, and for such other relief as the Court deems just and proper.

Dated: September 12, 2025

Respectfully Submitted,

/s/ Ross M. Good
Ross M. Good, Esq. (IL Bar No. 6312917; FL Bar No. 0116405)
Shawn M. Good Esq. (IL Bar No. 632932)
The Good Law Group
800 E. Northwest Hwy, Ste 814 Palatine, IL 60074
Ph: (847) 577-4476
Fax: (800) 709-1179
Ross@thegoodlawgroup.com
Shawn@thegoodlawgroup.com

Jeffrey Sonn, Esq. (*Pro Hac Vice*)
Sonn Law Group PA
19495 Biscayne Blvd, Suite 607 Aventura, Fl 33180
Tel 305-912-3000
Fax 786-485-1501

FL Bar No. 773514 Jsonn@Sonnlaw.com

Brian B. Pastor, Esq. (*Pro Hac Vice*)
Sonn Law Group PA
3455 Peachtree Rd NE,
Ste. 500
Atlanta, GA 30326
Tel: 305-912-3000 Ext. 538
Fax: 404-607-7121
GA Bar No. 565860
E-Mail: BPastor@SonnLaw.com

Mark E. Maddox Esq.
Maddox Hargett & Caruso PC
10150 Lantern Rd, Ste 175
Fishers, IN 46037
Tel: (317) 598-2043
Fax: (317) 598-2050
IN Attorney No. 11252-49
mmaddox@mhclaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on September 12, 2025, I filed the foregoing *Plaintiffs' Motion for Leave to File Amended Complaint* electronically with the Clerk of the Court. Notice of this filing will be sent to the following by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Ross M. Good
Ross M. Good

Ross M. Good
The Good Law Group
800 E. Northwest Hwy
Suite 814
Palatine, IL 60074

3