# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| RACHEL LYNN WILLIAMSON and CONSTANCE NOVOA, on behalf of themselves and all others similarly situated, ) ) ) ) ) | |
| Plaintiffs, ) ) ) | Case No. 1:24-cv-01526-TWP-MJD |
| v. ) ) | |
| GERARDO LORENZO LINARDUCCI, an Indiana individual, INTEGRITY WEALTH PARTNERS, LLC, an Indiana limited liability corporation, and DUCCI ENTERPRISES, LLC, an Indiana limited liability corporation, ) ) ) ) ) ) ) ) | |
| Defendants. ) | |

## **ORDER**

This matter is before the Court on Plaintiff's Unopposed Motion for leave to File Second Amended Complaint. [Dkt 34.] The motion for leave to File Second Amended Complaint is hereby **GRANTED.**

SO ORDERED.

Dated: September 15, 2025

Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana