UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

RACHEL LYNN WILLIAMSON, et al.,       )
                                      )
              Plaintiffs,             )
                                      )
       v.                             )        No. 1:24-cv-01526-TWP-MJD
                                      )
GERARDO LORENZO LINARDUCCI, et al.,   )
                                      )
              Defendants.             )

**ORDER**

This matter is before the Court on Plaintiffs' Unopposed Motion for Leave to File Second

Amended Complaint.  [Dkt. 34.]  The motion is **GRANTED**. Plaintiffs shall file their Second

Amended Complaint, in substantially the same form as that found at Docket Number 34-1,

**within three days of the date of this Order**.

SO ORDERED.

Dated:  16 SEP 2025

_____
Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically on all
ECF-registered counsel of record via email
generated by the Court's ECF system.