# EXHIBIT E



**REAL Opportunity- End of 90 day loan Statement
AND Instructions for next 90 days**

**\*Please read this form carefully and in its entirety\***

Date: _8/17/23_____

Loan Balance: _$      29,282_____ as of ___8/17/23_____

Loan Balance at next maturity date: _$ 32,210.2_____ on ____9/17/23_____

Loan Balance at next 90 day maturity period: _$ 35,431.22_____ on ___12/17/23_____

## INSTRUCTIONS FOR NEXT 90 DAYS

**Which do you choose?** **(PICK ONE)**

1. _____×_____Roll Over ENTIRE AMOUNT  (for compound interest)
2. _____Withdraw ENTIRE amount (principal and interest)
3. _____Make PARTIAL withdrawal (**PLEASE list amount in designated area(below)**
4. _____I would like to ADD $_____0.00_____to my loan

**Lender Details**

Lender/ Entity Name:_____Rachel Lynn Williamson_____

Email Address:_____racheldoyle00@gmail.com_____

**\*\*If your loan came from qualified funds PLEASE contact your financial consultant for directions in completing this section.**

**Banking Information-  If you chose option 2 or 3 please complete the information below. If you chose options 1 or 4 please put "N/A" on each line.**

Name of Bank:_____NA_____

Name on Account:____NA_____

Complete Address on your Bank Account:___NA_____NA_____NA_____NA____

                                   Street      City      State     Zip

Account No.____NA_____ WIRE Routing No. ____NA_____

\*\* Partial Withdrawal amount: _____0.00_____

---

\*If you have any questions/concerns completing this form - please reach out to your financial consultant.

\*Failure to complete this form correctly and/or in its entirety could result in a delay in processing.

---

**\*\* *Please note that if this document is NOT returned to us 7 business days prior to your loanmaturity date, your loan will automatically roll over for another 90 days.***

Signature:_____Rachel Lynn Williamson_____Date____8/18/2023_____

             DocuSigned by:

             7A6CAF067AAD404...