# EXHIBIT F

3:35

**New iMessage**  Cancel

To: Gary ducci

)
Good Evening everyone,

As many of you have heard, we are under current scrutiny from the US Government. They have instructed me to let this process take its course prior to speaking with you all about it or speculating about its outcome.

I love and cherish each of you. Thank you for your patience in this matter.

Todd

Give me 10.

Holy shit, it looks like I should get an attorney.

Read 6/25/24

iMessage

3:34

**New iMessage**          Cancel

To: **Gary ducci**

> Hi, this is Rachel Williamson. I believe I should have received my funds from Drive Planning. Would you be able to take a look? Thank you!

Will do

> Thanks! It looks like you are having a great vacation!

:-)

**Mon, Jun 17 at 10:00 AM**

> Hey, I'm sorry to bother you. Would you be able to follow up on my account today please?

**Tue, Jun 18 at 1:22 PM**

> Ducci - Mary has not responded to my emails and I'm getting concerned that I

iMessage

3:35

**New iMessage**  Cancel

To: **Gary ducci**

> Ok. Can you point me to another advisor?

From drives    (https://hihr2.bpmsafelink.com/c/TESWNB9Yk0yyrlXEV8MHQA)
Good Evening everyone,

As many of you have heard, we are under current scrutiny from the US Government. They have instructed me to let this process take its course prior to speaking with you all about it or speculating about its outcome.

I love and cherish each of you. Thank you for your patience in this matter.

Todd

iMessage


3:34

**New iMessage**  Cancel

To: **Gary ducci**

> I would greatly appreciate it if you would respond to my message. I want to change my life insurance deduction and take $ out of that account. I also want to know that my investments are safe, due to lack of responsiveness I'm getting very concerned about Drive Planning.

> Is there another advisor I should be working with?

> Regarding ur life insurance with Penn mutual1 (800) 873-7654. I have resigned by position with drive and have legal counsel… I am not allowed to speak on any drive terms or contracts.

> Ok. Can you point me to another advisor?

iMessage

3:34

**New iMessage**  Cancel

To: **Gary ducci**

Mon, Jun 24 at 2:41 PM

> I just received your email. Please give me a call so we can touch base.

Tue, Jun 25 at 11:42 AM

> Hi, could you send me a few dates/times to connect this week to review my investments? Thanks!

Tue, Jun 25 at 1:26 PM

> I would greatly appreciate it if you would respond to my message. I want to change my life insurance deduction and take $ out of that account. I also want to know that my investments are safe, due to lack of responsiveness I'm getting very concerned about Drive Planning.

  iMessage  

3:34

**New iMessage**  Cancel

To: **Gary ducci**

> Hi, I hope you had a great vacation! Can we connect tomorrow regarding my withdraw?

Good evening. I have emailed over the weekend to find out what is going on. Give me until noon.

> Great, thank you. I appreciate your help.

Mon, Jun 24 at 12:27 PM

> Hi, just giving you a ring to connect on the withdrawal. Please give me a call back.

Mon, Jun 24 at 1:41 PM

> Is there a time today that we can connect?

iMessage



New iMessage                                    Cancel

To: **Gary ducci**

> Ducci – Mary has not responded to my emails and I'm getting concerned that I am not going to get my funds. Is there anything you can do?

I'll try but I do not get back until 6/23

> Ok. Do you have Mary's phone number?

Sorry I don't

> Is there chance I will not get the $?

> This isn't acceptable.

Sun, Jun 23 at 7:10 PM

> Hi, I hope you had a great vacation! Can we connect tomorrow regarding my withdraw?

+    iMessage