UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| RACHEL LYNN WILLIAMSON and CONSTANCE NOCOA, individually and on behalf of all others similarly situated<br><br>Plaintiffs,<br><br>vs.<br><br>GERARDO LORENZO LINARDUCCI, an Indiana individual, and INTEGRITY WEALTH PARTNERS, LLC, an Indiana limited liability Corporation, and DUCCI ENTERPRISES, LLC, an Indiana limited liability corporation,<br><br>Defendants. | CASE NO.: 1:24-CV-01526-TWP-MJD |

**DECLARATION OF GERARDO LORENZO LINARDUCCI**

I, Gerardo Lorenzo Linarducci, on behalf of Integrity Wealth Partners, LLC and Ducci Enterprises, LLC, declares as follows:

1. I am a resident of the United States, an adult over the age of eighteen, and am competent to testify and have personal knowledge of the facts stated in this declaration.

2. I am and have always been the sole member and owner of Integrity Wealth Partners LLC and Ducci Enterprise LLC.

3. Integrity Wealth Partners LLC was formed on July 17, 2024. A true and correct copy of Integrity Wealth Partners, LLC's articles of organization are attached to this declaration as Exhibit A.

4. I understand that Plaintiffs in the above-captioned case have alleged that "at least 100 or more clients of the Defendants who were solicited to invest in the REAL program at Drive Planning." (Dkt. 37 at 16, ¶ 65).

5. On June 27, 2025, I filed for Chapter 13 bankruptcy in the United States Bankruptcy Court for the Southern District of Indiana, Cause No. 25-03768-JMC-13 ("Chapter 13 Bankruptcy"). *See In re Gerardo Lorenzo Linarducci*, No. 25-03768-JMC-13, ECF No. 1 (June 27, 2025).

6. In the Chapter 13 Bankruptcy, I filed a Schedule E/F, a true and correct copy of which is attached to this declaration as Exhibit B. See also *In re Gerardo Lorenzo Linarducci*, No. 25-03768-JMC-13, ECF No. 21 (June 27, 2025).

7. In Exhibit B, I identified individuals who may or have alleged potential claims against me relating to the REAL program at Drive Planning as "Nonpriority unsecured" claimants whose claims are contingent, unliquidated, disputed, and "alleged non-consumer debt." Exhibit B at 24–54.

8. These claimants are identified in Exhibit B under the following entries on pages 24–54; they are current and/or former clients of mine and are no more than 65 in number. 52 of these 65 persons (that is 80%) are Indiana residents. They, and the state in which they reside, are identified as follows:

|   | Claimant # | State of Residence |
|---|---|---|
| 1. | 4.1 | Indiana |

| | | |
|---|---|---|
| 2. | 4.5 | Indiana |
| 3. | 4.6 | Indiana |
| 4. | 4.7 | Indiana |
| 5. | 4.8 | Indiana |
| 6. | 4.9 | Indiana |
| 7. | 4.13 | Indiana |
| 8. | 4.14 | Indiana |
| 9. | 4.15 | Indiana |
| 10. | 4.17 | Indiana |
| 11. | 4.19 | **Georgia** |
| 12. | 4.20 | Indiana |
| 13. | 4.21 | Indiana |
| 14. | 4.22 | Indiana |
| 15. | 4.23 | Indiana |
| 16. | 4.24 | Indiana |
| 17. | 4.25 | Indiana |
| 18. | 4.26 | Indiana |
| 19. | 4.27 | **Georgia** |
| 20. | 4.28 | **Georgia** |
| 21. | 4.29 | Indiana |
| 22. | 4.32 | Indiana |
| 23. | 4.33 | Indiana |
| 24. | 4.34 | Indiana |
| 25. | 4.35 | Indiana |
| 26. | 4.36 | **Georgia** |
| 27. | 4.37 | Indiana |
| 28. | 4.38 | Indiana |
| 29. | 4.39 | Indiana |
| 30. | 4.40 | Indiana |
| 31. | 4.41 | Indiana |
| 32. | 4.42 | **New Jersey** |
| 33. | 4.43 | Indiana |
| 34. | 4.47 | **Georgia** |
| 35. | 4.48 | Indiana |
| 36. | 4.49 | Indiana |
| 37. | 4.50 | **Florida** |
| 38. | 4.51 | Indiana |
| 39. | 4.52 | Indiana |
| 40. | 4.53 | Indiana |
| 41. | 4.54 | Indiana |
| 42. | 4.55 | **New Jersey** |
| 43. | 4.56 | **Florida** |
| 44. | 4.57 | Indiana |

| 45. | 4.58 | Indiana |
| --- | --- | --- |
| 46. | 4.59 | Indiana |
| 47. | 4.60 | Indiana |
| 48. | 4.61 | Indiana |
| 49. | 4.62 | Indiana |
| 50. | 4.63 | Indiana |
| 51. | 4.64 | Indiana |
| 52. | 4.65 | Indiana |
| 53. | 4.66 | Indiana |
| 54. | 4.67 | Indiana |
| 55. | 4.68 | **New York** |
| 56. | 4.69 | **Pennsylvania** |
| 57. | 4.70 | Indiana |
| 58. | 4.72 | Indiana |
| 59. | 4.73 | Indiana |
| 60. | 4.80 | Indiana |
| 61. | 4.82 | **Georgia** |
| 62. | 4.85 | **Georgia** |
| 63. | 4.87 | Indiana |
| 64. | 4.88 | Indiana |
| 65. | 4.89 | Indiana |

Exhibit B at 24–54.

9. To the best of my knowledge and belief, neither I, nor Integrity Wealth Partners, LLC nor Ducci Enterprises, LLC, had contact with any other persons during the time-period alleged in the Second Amended Complaint who may have invested in the REAL program at Drive Planning.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 2, 2025.

Gerardo Lorenzo Linarducci (Oct 2, 2025 12:58:40 EDT)

Gerardo Lorenzo Linarducci