# State of Indiana
# Office of the Secretary of State

## Certificate of Organization
## of
# INTEGRITY WEALTH PARTNERS LLC

EXHIBIT A

I, DIEGO MORALES, Secretary of State, hereby certify that Articles of Organization of the above Domestic Limited Liability Company have been presented to me at my office, accompanied by the fees prescribed by law and that the documentation presented conforms to law as prescribed by the provisions of the Indiana Code.

NOW, THEREFORE, with this document I certify that said transaction will become effective Wednesday, July 17, 2024.



In Witness Whereof, I have caused to be affixed my signature and the seal of the State of Indiana, at the City of Indianapolis, July 18, 2024.

*Diego Morales*

DIEGO MORALES
SECRETARY OF STATE

202407171808172 / 10416579

To ensure the certificate's validity, go to https://bsd.sos.in.gov/PublicBusinessSearch

| APPROVED AND FILED |
|---|
| DIEGO MORALES |
| INDIANA SECRETARY OF STATE |
| 07/18/2024 10:16 AM |

## ARTICLES OF ORGANIZATION

Formed pursuant to the provisions of the Indiana Code.

## ARTICLE I - NAME AND PRINCIPAL OFFICE ADDRESS

| | |
|---|---|
| **BUSINESS ID** | 202407171808172 |
| **BUSINESS TYPE** | Domestic Limited Liability Company |
| **BUSINESS NAME** | INTEGRITY WEALTH PARTNERS LLC |
| **PRINCIPAL OFFICE ADDRESS** | 8100 E 106th Street, Suite 204, Fishers, IN, 46038, USA |

## ARTICLE II - REGISTERED OFFICE AND ADDRESS

| | |
|---|---|
| **REGISTERED AGENT TYPE** | Individual |
| **NAME** | Gerardo Linarducci |
| **ADDRESS** | 12931 Girvan Way, Crown Point, IN, 46307, USA |
| **SERVICE OF PROCESS EMAIL** | ducci@gerrylinarducci.com |

I acknowledge that the Service of Process email provided above is the email address at which electronic service of process may be accepted.

## ARTICLE III - PERIOD OF DURATION AND EFFECTIVE DATE

| | |
|---|---|
| **PERIOD OF DURATION** | Perpetual |
| **EFFECTIVE DATE** | 07/17/2024 |
| **EFFECTIVE TIME** | 12:59PM |

## ARTICLE IV - GOVERNING PERSON INFORMATION

| | |
|---|---|
| **TITLE** | CEO |
| **NAME** | Gerardo L Linarducci |
| **ADDRESS** | 12931 Girvan Way, Crown Point, IN, 46307, USA |

## MANAGEMENT INFORMATION

| | |
|---|---|
| **THE LLC WILL BE MANAGED BY MANAGER(S)** | No |
| **IS THE LLC A SINGLE MEMBER LLC?** | Yes |

**APPROVED AND FILED**
DIEGO MORALES
INDIANA SECRETARY OF STATE
07/18/2024 10:16 AM

| SIGNATURE |
|---|

THE SIGNATOR(S) REPRESENTS THAT THE REGISTERED AGENT NAMED IN THE APPLICATION HAS CONSENTED TO THE APPOINTMENT OF REGISTERED AGENT.

THE UNDERSIGNED, DESIRING TO FORM A LIMITED LIABILITY COMPANY PURSUANT TO THE PROVISIONS OF THE INDIANA BUSINESS FLEXIBILITY ACT EXECUTES THESE ARTICLES OF ORGANIZATION.

IN WITNESS WHEREOF, THE UNDERSIGNED HEREBY VERIFIES, SUBJECT TO THE PENALTIES OF PERJURY, THAT THE STATEMENTS CONTAINED HEREIN ARE TRUE, THIS DAY **July 17**, **2024**.

THE UNDERSIGNED ACKNOWLEDGES THAT A PERSON COMMITS A CLASS A MISDEMEANOR BY SIGNING A DOCUMENT THAT THE PERSON KNOWS IS FALSE IN A MATERIAL RESPECT WITH THE INTENT THAT THE DOCUMENT BE DELIVERED TO THE SECRETARY OF STATE FOR FILING.

**SIGNATURE**          Gerardo Linarducci

**TITLE**              Agent

Business ID : 202407171808172
Filing No :    10416579