UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

RACHEL LYNN WILLIAMSON, et al.,      )
                                     )
                  Plaintiffs,        )
                                     )
        v.                           )        No. 1:24-cv-01526-TWP-MJD
                                     )
GERARDO LORENZO LINARDUCCI, et al.,  )
                                     )
                  Defendants.        )

**ORDER**

This matter is before the Court on Defendants' Motion for Stay of Discovery and Other Proceedings Pending Motion to Dismiss. [Dkt. 40.] The Court finds that the requested stay is appropriate pursuant to 15 U.S.C. § 77z-1(b).  Accordingly, the motion to stay is **GRANTED** and discovery and other proceedings in this matter is **STAYED** pending resolution of the motion to dismiss, [Dkt. 38]; briefing of the motion to dismiss is not stayed.

SO ORDERED.

Dated:  6 OCT 2025

_____
Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically on all
ECF-registered counsel of record via email
generated by the Court's ECF system.