# EXHIBIT 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

RACHEL LYNN WILLIAMSON and
CONSTANCE NOVOA, on behalf of
themselves and all others similarly
situated,

Plaintiffs,

v.

Case No. 1:24-cv-01526-TWP-MJD

GERARDO LORENZO LINARDUCCI,
an Indiana individual,
INTEGRITY WEALTH PARTNERS, LLC, an
Indiana limited liability corporation, and
DUCCI ENTERPRISES, LLC, an
Indiana limited liability corporation,

Defendants.

### DECLARATION OF ROSS GOOD

Pursuant to 28 U.S.C. § 1746, the undersigned states as follows:

1. I am an attorney licensed to practice law residing in Cook County, Illinois.

2. I represent Plaintiffs Rachel Lynn Williamson and Constance Novoa in the above-captioned matter.

3. I have personal knowledge of the facts stated herein and am competent to testify thereto.

4. I submit this declaration to address and rebut the factual assertions contained in the Declaration of Gerardo Lorenzo Linarducci filed as Dkt. 39-1 ("Linarducci Declaration") in support of Defendants' Motion to Dismiss, and to provide the Court with a list of identified putative class members who invested in the REAL investment program promoted by Defendants.

5. Attached hereto as Exhibit 2 is a subset of only Defendants' investors in DRIVE

and their most recent investment date.

6. Exhibit 2 identifies 110 distinct investors, including at least 50 investors (over 45%) residing outside Indiana.

7. Exhibit 2 shows that at least 110 investors made initial investments in the REAL program between 2022 and 2024.

8. Exhibit 2 reflects that investors resided in at least 13 different states:

| | | |
|---|---|---|
| CA | 1 | 1% |
| FL | 6 | 5% |
| GA | 11 | 11% |
| IL | 1 | 1% |
| IN | 60 | 54% |
| MD | 1 | 1% |
| NC | 2 | 2% |
| NE | 5 | 4% |
| NJ | 12 | 11% |
| NY | 3 | 3% |
| OH | 4 | 4% |
| OR | 1 | 1% |
| PA | 3 | 3% |
| TOTAL | 110 | |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 10/16/2025.

Ross Good

2