# EXHIBIT 2

|    | Date of Investment | State | Amount of Investment |
|----|---|---|---|
| 1  | 8/3/2022   | NJ | $25,000.00  |
| 2  | 8/3/2022   | OH | $85,000.00  |
| 3  | 8/5/2022   | IN | $50,000.00  |
| 4  | 8/9/2022   | MD | $20,000.00  |
| 5  | 8/9/2022   | IN | $75,000.00  |
| 6  | 8/26/2022  | FL | $72,000.00  |
| 7  | 9/7/2022   | IN | $30,000.00  |
| 8  | 9/27/2022  | NJ | $30,000.00  |
| 9  | 9/28/2022  | IN | $20,000.00  |
| 10 | 10/20/2022 | IN | $25,000.00  |
| 11 | 10/29/2022 | FL | $20,000.00  |
| 12 | 11/15/2022 | IN | $25,000.00  |
| 13 | 12/8/2022  | OH | $43,000.00  |
| 14 | 12/8/2022  | OH | $43,000.00  |
| 15 | 12/14/2022 | IN | $90,000.00  |
| 16 | 12/15/2022 | IN | $183,015.02 |
| 17 | 12/15/2022 | IN | $44,000.00  |
| 18 | 12/15/2022 | NJ | $20,000.00  |
| 19 | 12/22/2022 | CA | $30,000.00  |
| 20 | 12/23/2022 | OH | $180,000.00 |
| 21 | 12/31/2022 | PA | $21,000.00  |
| 22 | 1/13/2023  | IN | $220,000.00 |
| 23 | 1/17/2023  | NE | $27,358.00  |
| 24 | 1/20/2023  | NJ | $100,000.00 |
| 25 | 2/22/2023  | NY | $23,000.00  |
| 26 | 2/22/2023  | IN | $100,000.00 |
| 27 | 3/4/2023   | NE | $37,000.00  |
| 28 | 3/10/2023  | IN | $75,000.00  |
| 29 | 3/10/2023  | IN | $75,000.00  |
| 30 | 3/10/2023  | IN | $84,264.00  |
| 31 | 3/13/2023  | IN | $25,000.00  |
| 32 | 3/15/2023  | IN | $375,000.00 |
| 33 | 3/15/2023  | IN | $80,000.00  |
| 34 | 3/15/2023  | IN | $83,000.00  |
| 35 | 3/24/2023  | GA | $500,000.00 |
| 36 | 4/1/2023   | IN | $45,000.00  |
| 37 | 4/4/2023   | FL | $30,000.00  |
| 38 | 4/14/2023  | IN | $200,000.00 |
| 39 | 4/17/2023  | IL | $20,000.00  |
| 40 | 4/19/2023  | IN | $30,000.00  |
| 41 | 4/19/2023  | IN | $36,286.80  |
| 42 | 4/24/2023  | NC | $49,185.00  |
| 43 | 4/26/2023  | IN | $20,000.00  |
| 44 | 5/4/2023   | IN | $35,000.00  |
| 45 | 5/8/2023   | NC | $418,938.09 |
| 46 | 5/11/2023  | IN | $110,000.00 |
| 47 | 5/19/2023  | IN | $40,000.00  |
| 48 | 5/31/2023  | IN | $405,931.95 |

| | | | |
|---|---|---|---|
| 49 | 7/6/2023 | IN | $80,000.00 |
| 50 | 7/19/2023 | NE | $60,000.00 |
| 51 | 7/20/2023 | GA | $200,100.00 |
| 52 | 7/24/2023 | IN | $50,000.00 |
| 53 | 7/25/2023 | IN | $30,000.00 |
| 54 | 8/1/2023 | IN | $40,000.00 |
| 55 | 8/7/2023 | IN | $100,000.00 |
| 56 | 9/25/2023 | IN | $197,519.77 |
| 57 | 9/26/2023 | IN | $20,000.00 |
| 58 | 9/27/2023 | GA | $12,000.00 |
| 59 | 9/27/2023 | GA | $12,000.00 |
| 60 | 10/4/2023 | IN | $20,000.00 |
| 61 | 10/11/2023 | IN | $50,000.00 |
| 62 | 10/17/2023 | IN | $96,192.73 |
| 63 | 11/13/2023 | IN | $59,555.75 |
| 64 | 11/15/2023 | IN | $40,000.00 |
| 65 | 11/15/2023 | GA | $31,003.54 |
| 66 | 11/21/2023 | IN | $150,000.00 |
| 67 | 11/24/2023 | IN | $40,000.00 |
| 68 | 11/30/2023 | IN | $72,123.46 |
| 69 | 12/1/2023 | IN | $200,000.00 |
| 70 | 12/5/2023 | NJ | $25,000.00 |
| 71 | 12/8/2023 | IN | $195,000.00 |
| 72 | 12/26/2023 | IN | $40,000.00 |
| 73 | 12/27/2023 | NJ | $20,000.00 |
| 74 | 1/5/2024 | IN | $124,000.00 |
| 75 | 1/12/2024 | NJ | $25,000.00 |
| 76 | 1/23/2024 | NE | $20,000.00 |
| 77 | 2/1/2024 | GA | $143,000.00 |
| 78 | 2/8/2024 | PA | $178,705.23 |
| 79 | 2/9/2024 | NJ | $40,000.00 |
| 80 | 2/21/2024 | GA | $100,000.00 |
| 81 | 2/21/2024 | GA | $120,000.00 |
| 82 | 2/21/2024 | GA | $100,000.00 |
| 83 | 2/22/2024 | NE | $88,000.00 |
| 84 | 2/28/2024 | IN | $20,000.00 |
| 85 | 2/28/2024 | NY | $100,000.00 |
| 86 | 3/4/2024 | IN | $20,000.00 |
| 87 | 3/8/2024 | IN | $20,000.00 |
| 88 | 3/14/2024 | IN | $169,000.00 |
| 89 | 3/19/2024 | IN | $30,000.00 |
| 90 | 3/19/2024 | FL | $500,000.00 |
| 91 | 3/25/2024 | IN | $48,174.45 |
| 92 | 3/26/2024 | NJ | $50,005.00 |
| 93 | 4/1/2024 | IN | $73,734.69 |
| 94 | 4/4/2024 | Ga | $10,000.00 |
| 95 | 4/5/2024 | NY | $881,566.12 |
| 96 | 4/11/2024 | FL | $20,000.00 |
| 97 | 4/16/2024 | Ga | $65,000.00 |

| | | | |
|---|---|---|---|
| 98  | 4/29/2024 | IN | $45,000.00 |
| 99  | 4/30/2024 | PA | $99,454.15 |
| 100 | 5/3/2024  | IN | $35,000.00 |
| 101 | 5/7/2024  | IN | $110,000.00 |
| 102 | 5/14/2024 | NJ | $10,000.00 |
| 103 | 5/14/2024 | NJ | $10,000.00 |
| 104 | 5/14/2024 | NJ | $10,000.00 |
| 105 | 5/15/2024 | OR | $70,000.00 |
| 106 | 5/23/2024 | IN | $20,000.00 |
| 107 | 6/4/2024  | IN | $242,000.00 |
| 108 | 6/7/2024  | IN | $61,946.74 |
| 109 | 6/11/2024 | IN | $46,000.00 |
| 110 | 6/11/2024 | FL | $20,000.00 |