## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| RACHEL LYNN WILLIAMSON and CONSTANCE NOCOA, individually and on behalf of all others similarly situated | ) ) ) ) ) | |
| Plaintiffs, | ) ) ) | |
| vs. | ) ) ) | CASE NO.: 1:24-CV-01526-TWP-MJD |
| GERARDO LORENZO LINARDUCCI, an Indiana individual, and INTEGRITY WEALTH PARTNERS, LLC, an Indiana limited liability Corporation, and DUCCI ENTERPRISES, LLC, an Indiana limited liability corporation, | ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## MOTION TO WITHDRAW APPEARANCE

Attorney Justin R. Olson of the law firm of Kroger, Gardis & Regas, LLP hereby moves the Court for an order withdrawing his appearance on behalf of all Defendants in this matter as he will no longer be with the law firm Kroger, Gardis & Regas, LLP. This withdrawal will not leave any Defendant unrepresented as Defendants will continue to be represented by Kevin Koons of Kroger, Gardis and Regas, LLP.

THEREFORE, Justin R. Olson respectfully moves the Court for an Order withdrawing his Appearance on behalf of Gerardo Lorenzo Linarducci, Integrity Wealth Partners, LLC and Ducci Enterprises, LLC in the above captioned matter, and for all other just and appropriate relief.

1

Dated: February 4, 2026        Respectfully submitted,

*/s/ Justin R. Olson*
Justin R. Olson, Atty. No. 31450-49
Kroger Gardis & Regas, LLP
111 Monument Circle, Suite 900
Indianapolis, IN 46204
Tel: (317) 692-9000
Fax: (317) 264-6832
E-mail:     jolson@kgrlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 4, 2026, I filed the foregoing *Notice of Withdrawal* electronically with the Clerk of the Court. Notice of this filing will be sent to the following by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Mark E. Maddox
Maddox Hargett & Caruso, P.C.
10150 Lantern Road
Suite 175
Fishers, IN 46037
mmaddox@mhclaw.com

Shawn M. Good
Ross M. Good
The Good Law Group
800 E. Northwest Hwy
Suite 814
Palatine, IL 60074
Shawn@thegoodlawgroup.com
ross@thegoodlawgroup.com

Brian Pastor
Sonn Law Group PA
3455 Peachtree Rd NE
Ste 500
Atlanta, GA 30326
bpastor@sonnlaw.com

Jeffrey R. Sonn
Sonn Law Group PA
19495 Biscayne Blvd.
Suite 607
Aventura, FL 33180
jsonn@sonnlaw.com

*/s/ Justin R. Olson*
Justin R. Olson, Atty.

KROGER, GARDIS & REGAS, LLP
111 Monument Circle, Suite 900
Indianapolis, IN 46204
Phone: (317) 692-9000