# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| RACHEL LYNN WILLIAMSON and CONSTANCE NOCOA, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>GERARDO LORENZO LINARDUCCI, an Indiana individual, and INTEGRITY WEALTH PARTNERS, LLC, an Indiana limited liability Corporation, and DUCCI ENTERPRISES, LLC, an Indiana limited liability corporation,<br><br>Defendants. | CASE NO.: 1:24-CV-01526-TWP-MJD |

## ORDER GRANTING MOTION TO WITHDRAW APPEARANCE

Justin R. Olson of the law firm of Kroger, Gardis & Regas, LLP having filed his Motion to Withdraw Appearance on behalf of Gerardo Lorenzo Linarducci, Integrity Wealth Partners, LLC and Ducci Enterprises, LLC, and the court having examined the same and being duly advised, now finds that said motion should be GRANTED.

IT IS THEREFORE ORDERED that Justin R. Olson's Appearance on behalf of all Defendants is hereby WITHDRAWN.

SO ORDERED

Distribution:

1

All counsel of record