UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| RACHEL LYNN WILLIAMSON, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No. 1:24-cv-01526-TWP-MJD |
| ) | |
| GERARDO LORENZO LINARDUCCI, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

This matter is before the Court on Motion to Withdraw Appearance. [Dkt. 46.] The Court, being duly advised, hereby **GRANTS** the motion. The appearance of Justin Olson on behalf of Defendants Gerardo Lorenzo Linarducci, Integrity Wealth Partners, LLC, and Ducci Enterprises, LLC is **WITHDRAWN** and **TERMINATED**.

SO ORDERED.

Dated: 5 FEB 2026

Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record
via email generated by the Court's ECF system.