**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

**Acknowledged**
TWP
October 20, 2026

| | | |
|---|---|---|
| **RACHEL LYNN WILLIAMSON and CONSTANCE NOVOA, individually and on behalf of all others similarly situated, Plaintiffs,** | ) | |
| **v.** | ) | **Case No.: 1:24-CV-01526-TWP-MJD** |
| **GERARDO LORENZO LINARDUCCI, an Indiana individual, and INTEGRITY WEALTH PARTNERS, LLC, an Indiana limited liability corporation, and DUCCI ENTERPRISES, LLC, an Indiana limited liability corporation, Defendants.** | ) | |

**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF ALL CLAIMS AGAINST DEFENDANTS**

Plaintiffs Rachel Lynn Williamson and Constance Novoa ("Plaintiffs"), by counsel, give notice under Federal Rule of Civil Procedure 41(a)(1)(A)(i) as follows:

1. Plaintiffs voluntarily dismiss, without prejudice, all claims against all Defendants: Gerardo Lorenzo Linarducci, Integrity Wealth Partners, LLC ("IWP") and Ducci Enterprises, LLC ("Ducci").

2. This dismissal is without prejudice. Fed. R. Civ. P. 41(a)(1)(B).

3. No Defendant has served an answer or a motion for summary judgment.

4. Dismissal is effective upon filing and does not require a court order.

5. Because this notice dismisses the entire action, Plaintiffs respectfully request that the Clerk mark the case closed.

Dated: October 13, 2026

Respectfully Submitted,

/s/ Ross M. Good
Ross M. Good, Esq.
Shawn M. Good Esq.
The Good Law Group
800 E. Northwest Hwy, Ste 814
Palatine, IL 60074
Ph: (847) 577-4476
Fax: (800) 709-1179
Ross@thegoodlawgroup.com
Shawn@thegoodlawgroup.com

Jeffrey Sonn, Esq. (Pro Hac Vice)
Sonn Law Group PA
19495 Biscayne Blvd, Suite 607
Aventura, Fl 33180
Tel 305-912-3000
Fax 786-485-1501
FL Bar No. 773514 Jsonn@Sonnlaw.com

Brian B. Pastor, Esq. (Pro Hac Vice)
Sonn Law Group PA
3455 Peachtree Rd NE,
Ste. 500
Atlanta, GA 30326
Tel: 305-912-3000 Ext. 538
Fax: 404-607-7121
GA Bar No. 565860
E-Mail: BPastor@SonnLaw.com

Mark E. Maddox Esq.
Maddox Hargett & Caruso PC
10150 Lantern Rd, Ste 175
Fishers, IN 46037
Tel: (317) 598-2043
Fax: (317) 598-2050
IN Attorney No. 11252-49
mmaddox@mhclaw.com

**CERTIFICATE OF SERVICE**

I certify that on October 13, 2026, I filed the foregoing electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/Ross M. Good

The Good Law Group
800 E. Northwest Hwy, Ste 814
Palatine, IL 60074
Ph: (847) 577-4476
Fax: (800) 709-1179
Ross@thegoodlawgroup.com